Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_Western_ District of _Oklahoma_

_____ Division

**FILED**

FEB 15 2024

CARMELITA REEDER SHIN~~~~, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Denton William Gage

_Plaintiff(s)_

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Susan Bray-Hall/OKCVAMC Chief of Staff

_Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   CIV-24-171-G

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name          Denton William Gage
Street Address   300 W. Mission Ave Spokane, WA
City and County   Spokane, Spokane
State and Zip Code   Washington   99201
Telephone Number   539-895-9969, 509-327-9847
E-mail Address   dentongage27@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name     Ryan Grantham

Job or Title *(if known)*     OKCVAMC Doctor

Street Address     921 NE 13th St.

City and County     Oklahoma City, OK / Oklahoma County

State and Zip Code     Oklahoma 73104

Telephone Number     405-456-1000, 405-456-3302

E-mail Address *(if known)*     (VJO) Jessica.mcleod@VA.gov

**Defendant No. 2**

Name     Un-named male

Job or Title *(if known)*     E.R. triage nurse (2023)

Street Address     921 NE 13th St.

City and County     Oklahoma City, Oklahoma County

State and Zip Code     Oklahoma 73104

Telephone Number     405-456-3302

E-mail Address *(if known)*     (VJO) Jessica.mcleod@VA.gov

**Defendant No. 3**

Name     Un-named CCTV observing OKCVAMC Police Officer

Job or Title *(if known)*     OKC VAMC Police Dept. (2019)

Street Address     921 NE 13th St

City and County     Oklahoma City, Oklahoma County

State and Zip Code     Oklahoma 73104

Telephone Number     (405) 456-3302

E-mail Address *(if known)*     (VJO) Jessica.mcleod@VA.gov

**Defendant No. 4**

Name     Susan Bray-Hall

Job or Title *(if known)*     OKC VAMC Chief of Staff

Street Address     921 NE 13th St.

City and County     Oklahoma City, Oklahoma County

State and Zip Code     Oklahoma 73104

Telephone Number     (405) 456-3302

E-mail Address *(if known)*     not listed but assumed to be Susan.brayhall@VA.gov

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Americans With Disabilities Act/Freedom of Information Act*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attached witness statement

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Please see attached Actions and Relief Requested*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _2/7/2024_

Signature of Plaintiff    _____

Printed Name of Plaintiff    Denton William Gage

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

CLOSED,GREEN,PRISONER
Email All Attys
Email All Attys and Secondary Emails

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CIVIL DOCKET FOR CASE #: 5:23−cv−00375−G

Gage v. Grantham et al                                    Date Filed: 05/03/2023
Assigned to: Judge Charles Goodwin                       Date Terminated: 08/03/2023
Cause: 42:1983 Civil Rights Act                          Jury Demand: None
                                                         Nature of Suit: 550 Prisoner: Civil Rights
                                                         Jurisdiction: Federal Question

**Plaintiff**

**Denton William Gage**                  represented by   **Denton William Gage**
                                                          OKLAHOMA CITY−OCJ
                                                          201 N Shartel
                                                          Oklahoma City, OK 73102
                                                          PRO SE

V.

**Defendant**

**Ryan James Grantham**
*Official Capacity*

**Defendant**

**FNU LNU**
*OKC VAMC Dr.*

**Defendant**

**FNU LNU**
*Unknown OKC VAMC Social Worker,*
*Official Capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2023 | 1 | COMPLAINT against Ryan James Grantham, FNU LNU, FNU LNU filed by Denton William Gage. (Attachments: # 1 Envelope)(ekw) (Entered: 05/04/2023) |
| 05/03/2023 | 2 | MOTION for Leave to Proceed in forma pauperis by Denton William Gage. (Attachments: # 1 Envelope)(ekw) (Entered: 05/04/2023) |
| 05/04/2023 | 3 | PREVIOUS Cases (ekw) (Entered: 05/04/2023) |
| 05/04/2023 | 4 | ENTER ORDER REASSIGNING CASE. Case reassigned to Judge Charles Goodwin for all further proceedings. Judge David L. Russell no longer assigned to case. Signed by the direction of Judge David L. Russell on 5/4/2023. (ekw) (Entered: 05/04/2023) |
| 05/04/2023 | 5 | ENTER ORDER REFERRING CASE to Magistrate Judge Amanda Maxfield Green. Motions referred to Amanda Maxfield Green. Signed by the direction of Judge Charles Goodwin on 5/4/2023. (ekw) (Entered: 05/04/2023) |
| 05/08/2023 | 6 | ORDER to Cure Deficiencies. Signed by Magistrate Judge Amanda Maxfield Green on 5/8/2023. (rb) (Entered: 05/08/2023) |
| 05/22/2023 | 7 | LETTER from Denton W Gage (Attachments: # 1 Envelope) (rr) (Entered: 05/22/2023) |
| 05/22/2023 | 8 | LETTER from Denton W Gage (Attachments: # 1 Attachment 1 − Bill, # 2 Envelope) (rr) (Entered: 05/23/2023) |

| 05/22/2023 | 9 | LETTER from Denton W Gage (Attachments: # 1 Envelope) (rr) (Entered: 05/23/2023) |
|---|---|---|
| 05/24/2023 | 10 | LETTER from Denton W Gage (Attachments: # 1 Envelope) (rr) (Entered: 05/24/2023) |
| 05/24/2023 | 11 | NOTICE (other) titled, "Request for Subpoena Duces Tecum of Electronic Evidence" by Denton William Gage (Attachments: # 1 Envelope)(rr) (Entered: 05/24/2023) |
| 05/30/2023 | 12 | LETTER from Denton W Gage (Attachments: # 1 Envelope) (rr) (Entered: 05/30/2023) |
| 05/30/2023 | 13 | NOTICE (other) titled, "Request to have Medical Proggress Notes Annotated" by Denton William Gage (Attachments: # 1 Envelope)(rr) (Entered: 05/30/2023) |
| 05/30/2023 | 14 | NOTICE (other) titled, "Request to be Deemed a Competent Non−Disabled Veteran/Persons by the United States Dept Of Veterans Affairs or Entity actin in Lieu thereof" by Denton William Gage (Attachments: # 1 Envelope)(rr) (Entered: 05/30/2023) |
| 05/30/2023 | 15 | LETTER from Denton W Gage (Attachments: # 1 Envelope) (rr) (Entered: 05/30/2023) |
| 05/30/2023 | 16 | ORDER. Plaintiff is ordered to pay the filing fee or to submit a properly filed in forma pauperis application by June 20, 2023. Failure to comply with this Order may result in the dismissal of this action. Signed by Magistrate Judge Amanda Maxfield Green on 5/30/2023. (rb) (Entered: 05/30/2023) |
| 06/02/2023 | 17 | NOTICE (other) titled, "Request to Annotate Medical Progress Notes" by Denton William Gage (Attachments: # 1 Attachment 1 − Letter and Envelopes, # 2 Envelope)(rr) (Entered: 06/02/2023) |
| 06/02/2023 | 18 | LETTER from Denton W Gage (Attachments: # 1 Envelope) (rr) (Entered: 06/02/2023) |
| 06/02/2023 | 19 | NOTICE (other) titled, "Request for Electronic Process" by Denton William Gage (Attachments: # 1 Envelope)(rr) (Entered: 06/02/2023) |
| 06/08/2023 | 20 | LETTER from Denton W Gage (Attachments: # 1 Envelope) (rr) (Entered: 06/08/2023) |
| 06/08/2023 | 21 | NOTICE (other) titled, "Request of LGBTQ Program for Homeless Veteran Denton W Gage" by Denton William Gage (Attachments: # 1 Envelope)(rr) (Entered: 06/08/2023) |
| 06/09/2023 | 22 | LETTER from Denton W Gage (Attachments: # 1 Envelope) (rr) (Entered: 06/09/2023) |
| 06/09/2023 | 23 | LETTER from Denton W Gage (Attachments: # 1 Envelope) (rr) (Entered: 06/09/2023) |
| 06/09/2023 | 24 | NOTICE (other) titled, "Request of Matters to be Transferred to Portland VA Medical Center Social Worker" by Denton William Gage (Attachments: # 1 Envelope)(rr) (Entered: 06/09/2023) |
| 06/12/2023 | 25 | LETTER from Denton W Gage (Attachments: # 1 Attachment 1 − Other Inclusions, # 2 Envelope) (rr) (Entered: 06/12/2023) |
| 06/12/2023 | 26 | NOTICE (other) titled, "Request for Electronic Evidence" by Denton William Gage (Attachments: # 1 Envelope)(rr) (Entered: 06/12/2023) |
| 06/23/2023 | 27 | Receipt for Money Received from Denton William Gage in the amount of $402, receipt number 500002207 regarding 1 Complaint. Docketed late due to clerical error. (dtb) (Entered: 06/23/2023) |
| 06/28/2023 | 28 | LETTER from Denton W Gage (Attachments: # 1 Envelope) (rr) (Entered: 06/28/2023) |
| 06/29/2023 | 29 | REPORT AND RECOMMENDATION. In accordance with the foregoing analysis, the undersigned recommends that the Court DISMISS the Complaint (Doc. 1) without |

| | | prejudice. Accordingly, all pending motions should be DENIED AS MOOT. Objections to R&R due by 7/20/2023. This Report and Recommendation terminates the referral of this matter to the undersigned. Signed by Magistrate Judge Amanda Maxfield Green on 6/29/2023. (rb) (Entered: 06/29/2023) |
|---|---|---|
| 08/03/2023 | 30 | ORDER adopting 29 Report and Recommendation. This action is DISMISSED without prejudice. Signed by Judge Charles Goodwin on 08/03/23. (rr) (Entered: 08/03/2023) |
| 08/03/2023 | 31 | JUDGMENT. This matter is DISMISSED without prejudice. Signed by Judge Charles Goodwin on 08/03/23. (rr) (Entered: 08/03/2023) |
| 09/13/2023 | 32 | LETTER from Denton W Gage (Attachments: # 1 Envelope) (rr) (Entered: 09/13/2023) |

## Medical History Form

### Kong L. Chang, Optometrist PLLC

5801 N. May Ave. Suite 110-B
Oklahoma City, Ok 73112
405.840.5664

6010 SW 3rd Suite B
Oklahoma City, Ok 73128
405.491.5664

Patient __Denton__ __W__ __Gage__   Birthdate _9 / 15 / 1986_ Age _37_ Date _2 / 13 / 2024_
   (First)     (MI)     (Last)

Address _3025 NE 17th St._ Social Security # _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_ Insurance (medical) _V.A._ (vision) _V.A._

City _OKC_  State _OK_ Zip _73121_ Phone (Hm) _539-885-9969_ (Wk) _-_-_  (cell) _-_-_
                                        (Please Circle One)

Gender (M / F) Occupation _retired marine_ Employer _U.S. Dpt of V.A._ Parent or Spouse Name _Jodi K. Gage_

Medical Doctor's Name _Dr. Benjamin Krasne_ Phone _954-465-1653_ Last Medical Exam _/ /_

## Medical History

Email _dentongage27@gmail.com_

| Allergies to medications and what happens | Current Medications taken including over the counter | Major injuries, surgeries or hospitalizations |
|---|---|---|
| ☑ none | ☐ none | ☐ none |
|  | Propanolol | OKCVAMC (PTSD, Anxiety |
|  | Trazadone | depression.) |
|  | Lutein |  |

**Check if you have**   **Disease/Condition**   **Anyone in your family? Who?**

NONE (written vertically)

| | Disease/Condition | Family? |
|---|---|---|
| ☐ | Diabetes | ☐ |
| ☑ | Hypertension | ☐ |
| ☐ | Glaucoma | ☐ |
| ☐ | Cataracts | ☐ |
| ☐ | Blindness | ☐ |
| ☐ | Macular Degeneration | ☐ |
| ☐ | Crossed Eyes | ☐ |
| ☐ | Arthritis | ☐ |
| ☐ | Cancer | ☐ |
| ☐ | Heart Disease | ☐ |
| ☐ | Kidney Disease | ☐ |
| ☐ | Lupus | ☐ |
| ☐ | Thyroid Disease | ☐ |
| ☐ | Hepatitis | |
| ☐ | HIV | |
| ☑ | Headaches | |
| ☐ | Sinus/Allergy Problems | |
| ☐ | Asthma | |
| ☐ | Seizures | |
| ☑ | Any Other _amiloydopa_ | |
| ☑ | Use tobacco products | |
| ☑ | Use recreational drugs | |
| ☐ | Currently pregnant | |

**Do you wear glasses?**
☑ no
☐ yes  Rx Age? _____

**Do you wear contacts?**
☑ no
☐ yes  Rx Age? _____

☐ Rigid
☐ Soft Disposable
☐ Soft Yearly
☐ Extended Wear

Are they comfortable? If not, explain.

Please list anything else you feel the doctor should be aware of. _____

*In the event your insurance provider determines that you are not eligible for coverage at the time of service, or makes a determination that you are eligible for a reduced level of coverage, by signing this statement, you hereby agree to be financially responsible for any and all charges incurred by you and not paid by your insurance provider. There will be a $25.00 fee for all returned checks. If turned to collections, further charges will apply.*

_____  _2 / 13 / 24_  _B Whalen_
Parent or Patient's Signature  Date  Doctor's Signature

**PLEASE TURN OVER**

# Examination Form

**Kong L. Chang, OD & Associates**

5801 N. May Ave. Suite 110-B
Oklahoma City, Ok 73112
405.840.5664

6010 SW 3rd Suite B
Oklahoma City, Ok 73128
405.491.5664

**Patient:** Denton Gage    **Age:** 37    **Time:** 11:32  **Date:** 2/13/24

**Chief Compliant:** Pt has glx but does not wear.

**HPI:**
s
l
o
p

p
d
r

**Medical History & ROS** 2/13/24  ☐ no changes

Tech: KH

**Allergies:**
**Medications:** SMHF
**Ocular ROS:**

☑ A/O ☑ Mood/Affect
Bp___/___

| VA | dist sc | PH | near cc | near sc | Habitual Rx | OD | | Add___ | 20/ | EOMs: |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ spec ☐ cl | OS | | | 20/ | full smooth |
| OD | 20/20 | 20/ | 20/ | 20/ | None JL | Color Vision: | Stereo: | NPC: | | restrict |
| OS | 20/40 | 20/ | 20/ | 20/ | Doesn't wear | ☐ defect OD OS | | 3" | | jerky |
| OU | 20/20 | 20/ | 20/ | 20/ | | ☐ wnl | | | | |

**K's**    OD_____

OS_____    PE 5-3    RRL___  ☑ no apd

**Dry Ret**  OD_____  **Wet Ret**  OD_____   CF:
OD ☑ wnl

**Cover Test:**
☐ Ortho
☐ Exo
☐ Eso
☐ Hyper

OS_____    OS_____   OS ☑ wnl

| BVA (7b) | OD · P1 | −050 × 126 | 20/15⁻² | BCC___ | Delayed Subj___ | Hori Phoria | 7b/6m/ |
|---|---|---|---|---|---|---|---|
| | OS · P1 | −075 × 090 | 20/40 | NRA 20/___ | PRA___ | Vert Phoria | 7b/6m/ 7b/40cm/ |

☐ DO ☑ 90 ☐ 20

|  | SLE: | OS | | OD | Fundus: | OS |
|---|---|---|---|---|---|---|
| OD | | | | | | |
| ☑ wnl | Lids / Lashes | ☑ wnl | | | C/D (h/v) .3L | .3L |
| ☑ wnl | TBUT___ | ☑ wnl | ☑ distinct | NRR | ☑ distinct |
| ☑ wnl | Cornea | ☑ wnl | ☑ clear | Vitreous | ☑ clear |
| ☑ wnl | Conjunctiva | ☑ wnl | ☑ wnl | Vessels | ☑ wnl |
| ☑ wnl | Injection | ☑ wnl | ☑ wnl | Macula | ☑ wnl |
| ☑ d&q | AC | ☑ d&q | ☑ wnl | Periphery | ☑ wnl |
| ☑ wnl | Iris | ☑ wnl | | | |
| ☑ clear | Lens | ☑ clear | | | |

**IOP (Goldmann)** 25/14 @    Tcare
**Meds:**  Tropicamide  0.5%   healthy nerves
1%
Phenylephrine  2.5%
Cyclopentolate  1%
Spray
Other_____

**Diagnosis Plan**_____
_____
_____
Ast  Newks if wated
Amblyopia
1 yr

**Spec RX OD**_____  BVA   **RTC:**  BWviso

OS_____  **Add**_____  _____, O. D.



**COMMUNITY SERVICES**

8125 S. Walker Oklahoma City, OK 73139 Phone: (405) 510-3900 Fax: (405) 510-3902

Date: 2/13/2024

TO: Whom it May Concern

Denton W. Gage is a current client of HOPE Community Services, Inc. (HOPE). Services at HOPE are provided for consumers with mental health and/or substance use issues.  HOPE is a Community Mental Health Center dedicated to providing services needed to assist individuals and families in their individual recovery goals.

Denton Gage has been a client of Hope since 1/30/2024. Denton met with his assigned Case Manager on 1/24/2024 and 2/13/2024. Denton utilized Hope's Urgent Recovery Center on 2/9/2024. Denton met with a Nurse Care Manager for a nursing assessment on 2/12/2024. Denton met with an APRN for medication evaluation and management on 2/13/2024. Denton has future appointments scheduled with his Case Manager on 2/20/2024 and his APRN on 5/10/2024. Denton has made all scheduled appointments at Hope and is meeting requirements of CO-OP program.

If you have any other questions, you may also reach out to me directly.
Sincerely,



Sara Booth, BA, BHCMII
Director of Intensive Outpatient Services
HOPE Community Services, Inc.
T: 405-510-3758 E: sabooth@hopecsi.org

**HOPE is a non-profit 501(c)3 Community Mental Health Center**
**Mission:**  To be a progressive leader in the community by providing innovative and supportive mental health and addiction programs that are responsive, efficient, and effective in delivering trauma and recovery focused services that improve the quality of life for children, families, and adults in our community.

# Witness Statement

In the incident in question before the court I chose to check into the OKCVAMC in order to receive treatment for "smelling dead bodies" after leaving the Oklahoma County Courthouse/Judges Chambers in CM-2019-3483 in response to women's perfume. When I walked into the OKCVAMC emergency room I was immediately triaged and taken into the E.R. I was taken to the small triage room and asked questions by a male nurse about my trauma and what I was experiencing and offered a cup of water to drink. I refused the water and sat rocking in the fetal position of my chair for a period of approximately twenty minutes while the male nurse continued to perform his other job functions and check on me from time to time. I sat there and kept feeling a digitally timed electronic imprint on my hands and forefingers. I was then instructed to walk into an E.R. treatment room with a male nurse in order to change into in-patient clothing and I did. Upon entering the room with the male nurse I asked if I could change alone due to being forced to reside with a methamphetamine smoking homosexual as a homeless veteran prior to my E.R. admit. I was told no and forced to change in front of the male nurse. After changing I was lead back to an adjacent assessment room and laid down waiting. Two persons(one not listed in the witness report) came into the room being a female nurse holding a cup of water I once again refused to drink and Dr. Ryan Grantham. Dr. Grantham began asking me questions about my trauma and on the 3rd or fourth question I chose not to answer. He asked me again and I replied "if you ask me that question again I am going to punch you in the face". He asked me the question again so I stood up and punched him in the face. Upon taking a step back from Dr. Grantham he had approximately half a second to exit the room with the female nurse not listed as a witness in CF-2023-809 and he chose not to exit the room and further "buried" himself in the corner as the female nurse dropped the cup of water and exited the room. I then felt my anger rise, and completely uncontrollably (not at all due to my anger) grabbed Dr. Grantham and threw him on the bed. At that point Dr. Grantham got up and exited the room. I then waited for OKCVAMC Police Dept staff to come and arrest me.

All statements made therein are made under the laws of penalty and perjury in The State of Oklahoma and The United States District Court.

Subscribed and sworn to before me this 14

day of February 20 24

Notary _____

My Commission Expires _____

JESSICA JONES
NOTARY
# 23012486
EXP. 09/14/27
PUBLIC
STATE OF OKLAHOMA

# Witness Statement

In the incident in question before the court I was residing at the OKCVAMC psychiatric floor when an unruly patient, Mr. Julius had had multiple confrontational encounters with different patients during my visit and witnessed by OKCVAMC nurses and psychiatric staff. As is common procedure despite having no C.F.R. standing I placed a magazine I was reading in my seat to save that for a period of 2 minutes while I went back to my room and then return. Upon returning to my room Mr. Julius was sitting in my seat reading my magazine. I walked up and grabbed that magazine from his hands and tried to walk away. When I attempted to walk away Eddie Julius Grabbed me by the shirt collar, held me in place, and punched me in the face. At no time did I return any type of battery contact and eventually Mr. Julius let me go. Due to being on supervised probation and suspended sentence in limbo in the court case CF-2017-492 I chose to exercise my right to perform a witness report that matched CCTV footage of the incident. I completed my report and gave it back to the employee at the scene of the alleged crime. Approximately 3 months later I was informed that criminal charges had been filed for the incident in the State of Oklahoma/Oklahoma County Court System (CM-2019-3483). I attended my first court date and knew from the reading the arrest affidavit that the officer had intentionally falsified the report in order to obstruct justice in the form of differentiating common OKCVAMC in-patient practice and act of criminal assault and battery. I chose to leave The State of Oklahoma due to the continued violation of my rights as a veteran to veterans programs and Oklahoma state statute.

All statements made therein are made under the laws of penalty and perjury in the State of Oklahoma and The United States District Court.

Subscribed and sworn to before me this 14
February , 20 24
Notary Jessica Jones
My Commission Expires

JESSICA JONES
NOTARY
# 23012486
EXP. 09/14/27
PUBLIC
STATE OF OKLAHOMA



≡  M Gmail          🔍  is:important                                    ✕  ⇆

Compose

Inbox          1
Starred
Snoozed
Sent
Drafts
Less
Important
Chats
Scheduled
All Mail
Spam
Trash
Categories
Manage labels
Create new label

Labels

✉

## Adult Patient Application Rejected

omma@thentiacloud.com
to me

Hello Denton Gage,

We were unable to accept your application for an /

**Application Number:** 588270

Should you wish to re-submit your application and,
log into the **Access Portal** to do so.

Thank You

**Contact OMMA at omma.ok.gov/contact**

Oklahoma Medical Mariju
PO Box 26226
Oklahoma City, OK 73
Telephone: (405) 52
Powered by Thentia



**Denton Gage** <dentongage27@gmail.com>
to rquirk

I have a service connected disability in the form of amiloydopia as that disability was utilized as a scout sniper in the U.S. Marine Corp wl



[ Reply ]   [ Forward ]   ( ☺ )

OKLAHOMA COUNTY
SEVENTH DISTRICT
STATE OF OKLAHOMA



211 N. ROBINSON, SUITE 700N
OKLAHOMA CITY, OK 73102
(405) 713-1600
FAX (405) 235-1567

**VICKI ZEMP BEHENNA**
DISTRICT ATTORNEY

**MYKEL FRY**
FIRST ASSISTANT DISTRICT ATTORNEY

February 8, 2024

Denton Gage
Dentongage27@gmail.com

Re:    *Open Records Request*

Dear Mr. Gage:

The District Attorney's Office represents the Oklahoma County Criminal Justice Authority. I am in receipt of your request for records dated February 7, 2024, requesting reports and medical records relating to an incident in which you were injured on an unspecified date in 2023.

Section 24A.8 of the Open Records Act limits those records which a law enforcement agency, such as the Oklahoma County Criminal Justice Authority, must make available. Access to records falling within the narrow scope of Section 24A.8 may, nonetheless, be denied, if protected as confidential by any other provision of state or federal law.

Your request for records seeks items that are outside the scope of Section 24A.8 of the Open Records Act. Accordingly, your request for records is respectfully denied.

Sincerely,

Aaron Etherington
Assistant District Attorney

 Gmail

**Denton Gage <dentongage27@gmail.com>**

## medicare enrollment

**Denton Gage** <dentongage27@gmail.com>
To: Rhianna Quirk <rquirk@teem.org>

Fri, Feb 9, 2024 at 8:50 AM

theres a house right down the street that i have met with the guy, viewed the house, and am waiting for his sister to call me from houston(they both own the house) which i am guessing she is supposed to call sometime around the fifteenth or so. i havent had anymore disturbances other than being asked to do chores outside of my chore list and lease agreement. i havent really had any paranoia symptoms but i was asked to cut up a large box and had some urges to stab myself in the neck. it happens sometimes when i pick up a pen or a knife. there was a bunch of blonde haired big boobed bimbos that harrassed me on the streets of stillwater when i was walking back and forth to the ymca to workout and it effected me after some other events occurred. i think it was one specific sorority. i dont know why they did it could have something to do with when i was accused of rape at a party in rogers county and chose to file a police report with the rogers county police dept and had my tires slashed the next night. The same girl tried to volunteer at the same program i did at life church. When i saw her in the orientation process i decided it would be best for me to work with children in the under 8 year old class instead of the over 8 year old bracket she was trying for. As soon as she saw me she ran out of the church and then a week later i was informed by life church.tv staff i would not be able to participate in the 180/switch program. At that point i had my first stress induced heart attack at age 26 i believe. I dont understand what i did i had mutual sex at a party, was accused of rape by one of her boyfriends, filed a rogers county police report and tried to initiate the interview and evidence collection process which was investigated  by two rogers county police offficers and when these people at this party found out about that thy decided not to deal with the police dept. i put a bat through the lifechurch.tv glass window about a month after i was not alllowed to participate in that program with children because i was hurting for a child of my own. its documented in the Tulsa County Court system as well as rogers county and charges were never filed of course because i didnt do anything wrong but that was the second time i had been accused of a sex crime completely frivously. i'm not trying to get medicare to pay for anything i was trying to purchase a small policy from tricare or humana so i could get a doctors appointment for my symptoms. due to the legalities of the CO-OP and their licensed physician/patient agreement i am not comfortable with receiving continued treatment with a state of oklahoma subsidized program or the OKCVAMC, especially after the treatment at the okcvamc that i have documented every step of the way. I have legal standing for that. If you could help me find out the legitimate tricare insurance program phone number that is specifically designed for veterans thats all i need but the numbers listed on line dont work. Arent we supposed to meet up for some paperwork for me to sign??

[Quoted text hidden]

 Gmail

**Denton Gage <dentongage27@gmail.com>**

## Open Records Request Appeal

**Ronald Baze** <Ronald.Baze@okdhs.org>                                  Tue, Feb 13, 2024 at 3:37 PM
To: "dentongage27@gmail.com" <dentongage27@gmail.com>

Mr. Gage,

The Department is in receipt of your mailed correspondence dated February 9, 2024. Please see attached. You appear to be requesting an appeal of a determination as to an Open Records request submitted by you concerning an incident in the Oklahoma County Jail. Specifically, you reference a denial of your records request from an individual you identify as Assistant District Attorney, Aaron Etherington. Please be aware that the Department of Human Services is not the agency associated with any district attorney's office, nor do we appear to have any Open Records Act request submitted by you to the Department. As a consequence, the Department is not in a position to act on any appeal of the decision to deny your Open Records request.


Thank you,

Ron E. Baze

General Counsel

Oklahoma Department of Human Services

(405) 818-9836


---

📄 **Gage Denton; Open Records Act Appeal.pdf**
   1341K

2/14/24, 1:06 PM Gmail - official complaint against CCTV observing officer to be submitted to Oklahoma County Court System and News channel 4

Case 5:24-cv-00171-G    Document 1    Filed 02/15/24    Page 18 of 72

 **Gmail**

**Denton Gage <dentongage27@gmail.com>**

## official complaint against CCTV observing officer to be submitted to Oklahoma County Court System and News channel 4

**Denton Gage** <dentongage27@gmail.com>
To: jessica.mcleod@va.gov

Sun, Feb 4, 2024 at 12:16 PM

Miss Mcleod my name is Denton Gage and my contact information is 5398959969 dentongage27@gmail.com. I have reached out to you multiple times and you have refused to return my phone calls. I am trying to submit an official complaint against the OKC V.A. medical Center CCtv observing police officer that recommended charges be filed in 2019 in The County of Oklahoma. I have been refused a prescription of 250mg trazodone by the OKCVAMC despite being a 100% service connected disabled veteran and being previously prescribed this medication by the Muskogee V.A. hospital and regional network. I have a medication appointment with Hope Community services (405-634-4400 6100 S Walker Ave) on Feb. 13th however the v.a. will be paying for this medication as a civil suit will be filed in the county of oklahoma when the v.a. refuses to pay. I have told my attorney of my wish to file my complaint against this officer and submit to The Oklahoma County Court System. There is no excuse for intentionally falsifying an act of violence in an arrest affidavit in "crawling on top" of another patient that is on video and against the witness report filed by myself at the scene in order to achieve an arrest warrant and treatment for a veteran. My Co-Op coordinators names are Dustin(4055009518) and Rhianna(4056734047). I will be contacting channel 4 works for you next week in order to receive assistance in filing my complaint in The Oklahoma County Court System and receiving my previously prescribed trazodone 250 mg for service connected disabilities. My attorney Garret Holland has refused to acknowledge my wish for a complaint in multiple letters and a complaint has been filed to the Oklahoma Bar Association. Thank you for your time.

2/14/24, 1:06 PM                    Gmail - official complaint against CCTV observing officer to be submitted to Oklahoma County Court System and News channel 4

Case 5:24-cv-00171-G      Document 1      Filed 02/15/24      Page 19 of 72

 Gmail

**Denton Gage <dentongage27@gmail.com>**

## official complaint against CCTV observing officer to be submitted to Oklahoma County Court System and News channel 4

**Denton Gage** <dentongage27@gmail.com>                                      Mon, Feb 5, 2024 at 1:44 PM
To: rquirk@teem.org

See attached

---------- Forwarded message ---------
From: **Denton Gage** <dentongage27@gmail.com>
Date: Sun, Feb 4, 2024, 12:16 PM
Subject: official complaint against CCTV observing officer to be submitted to Oklahoma County Court System and News channel 4
To: <jessica.mcleod@va.gov>


Miss Mcleod my name is Denton Gage and my contact information is 5398959969 dentongage27@gmail.com. I have reached out to you multiple times and you have refused to return my phone calls. I am trying to submit an official complaint against the OKC V.A. medical Center CCtv observing police officer that recommended charges be filed in 2019 in The County of Oklahoma. I have been refused a prescription of 250mg trazodone by the OKCVAMC despite being a 100% service connected disabled veteran and being previously prescribed this medication by the Muskogee V.A. hospital and regional network. I have a medication appointment with Hope Community services (405-634-4400 6100 S Walker Ave) on Feb. 13th however the v.a. will be paying for this medication as a civil suit will be filed in the county of oklahoma when the v.a. refuses to pay. I have told my attorney of my wish to file my complaint against this officer and submit to The Oklahoma County Court System. There is no excuse for intentionally falsifying an act of violence in an arrest affidavit in "crawling on top" of another patient that is on video and against the witness report filed by myself at the scene in order to achieve an arrest warrant and treatment for a veteran. My Co-Op coordinators names are Dustin(4055009518) and Rhianna(4056734047). I will be contacting channel 4 works for you next week in order to receive assistance in filing my complaint in The Oklahoma County Court System and receiving my previously prescribed trazodone 250 mg for service connected disabilities. My attorney Garret Holland has refused to acknowledge my wish for a complaint in multiple letters and a complaint has been filed to the Oklahoma Bar Association. Thank you for your time.

2/14/24, 1:07 PM
Case 5:24-cv-00171-G    Document 1    Filed 02/15/24    Page 20 of 72
Gmail - prescription,documents and CCTV video requested to be filed in state and possible federal court

 Gmail

**Denton Gage <dentongage27@gmail.com>**

## prescription,documents and CCTV video requested to be filed in state and possible federal court

**Denton Gage** <dentongage27@gmail.com>                                    Sun, Feb 4, 2024 at 5:56 PM
To: jessica.mcleod@va.gov

I am officially requesting the following items be sent to me in the form of an email, email attachment, and or a letter and assistance in receiving prescriptions in the form of 250mg Trazodone and 25mg Hydroxyzine HCL from a VA entity due to diagnosed service connected disabilities in the form of anxiety/depression and a legal liability of being prescribed these medications from a non-va entity that could jeopardize a veterans disability income in the future

#1 letter or email stating the OKCVAMC has denied renewal of described medications despite having been previously prescribed by the VA Eastern Oklahoma Healthcare System for service connected disabilities in the form of anxiety/depression

#2 letter or email stating the Portland VA Healthcare System denied veteran entry into a co-ed treatment program that would have provided proper that would have provided pier support in the form of other veterans under the age of 55 unlike the residential housing facilities entered through VA social worker establishment not including the OKCVAMC

#3 letter or email stating that in 2015 veteran was removed from a VA treatment program in Sheridan, WY after just ten days due to miscommunications between social workers at the OKCVAMC and the Sheridan VA Medical Center despite veteran being on probation in The State of Oklahoma for a diagnosed service connected drinking disorder after Tulsa County Veterans Treatment Court(CF-2013-6202)

#4 A complete copy of CCTV video occuring on the 8th floor psychiatric facility of the OKCVAMC in the instance of CM-2019-3483 in which the CCTV observing OKCVAMC police officer ignored the filed witness report and claimed the veteran "Crawled on top of" veteran Eddie Julius

#5 A copy of a legally binding complaint form against an OKCVAMC police officer

These items are to be filed in State of Oklahoma court sytem, State of Oregon court sytem, and possibly the United States District Court for the Western District of Oklahoma.

A complaint for blatent intentional legal negligence has been filed with the Oklahoma Bar Assoc. against veterans attorney Garett Holland(described in previous email) and any information should not be forwarded to him but the veteran, Denton W. Gage. If it cannot be forwardee to veteran than than the veterans State of Oklahoma Co-Op provider will suffice. Thank you for your time I hope this lack of action on behalf of the OKCVAMC will not result in civil action.

 Gmail

**Denton Gage <dentongage27@gmail.com>**

## prescription,documents and CCTV video requested to be filed in state and possible federal court

**Denton Gage** <dentongage27@gmail.com>
To: rquirk@teem.org

Mon, Feb 5, 2024 at 1:45 PM

---------- Forwarded message ---------
From: **Denton Gage** <dentongage27@gmail.com>
Date: Sun, Feb 4, 2024, 5:56 PM
Subject: prescription,documents and CCTV video requested to be filed in state and possible federal court
To: <jessica.mcleod@va.gov>


I am officially requesting the following items be sent to me in the form of an email, email attachment, and or a letter and assistance in receiving prescriptions in the form of 250mg Trazodone and 25mg Hydroxyzine HCL from a VA entity due to diagnosed service connected disabilities in the form of anxiety/depression and a legal liability of being prescribed these medications from a non-va entity that could jeopardize a veterans disability income in the future

#1 letter or email stating the OKCVAMC has denied renewal of described medications despite having been previously prescribed by the VA Eastern Oklahoma Healthcare System for service connected disabilities in the form of anxiety/depression

#2 letter or email stating the Portland VA Healthcare System denied veteran entry into a co-ed treatment program that would have provided proper that would have provided pier support in the form of other veterans under the age of 55 unlike the residential housing facilities entered through VA social worker establishment not including the OKCVAMC

#3 letter or email stating that in 2015 veteran was removed from a VA treatment program in Sheridan, WY after just ten days due to miscommunications between social workers at the OKCVAMC and the Sheridan VA Medical Center despite veteran being on probation in The State of Oklahoma for a diagnosed service connected drinking disorder after Tulsa County Veterans Treatment Court(CF-2013-6202)

#4 A complete copy of CCTV video occuring on the 8th floor psychiatric facility of the OKCVAMC in the instance of CM-2019-3483 in which the CCTV observing OKCVAMC police officer ignored the filed witness report and claimed the veteran "Crawled on top of" veteran Eddie Julius

#5 A copy of a legally binding complaint form against an OKCVAMC police officer

These items are to be filed in State of Oklahoma court sytem, State of Oregon court sytem, and possibly the United States District Court for the Western District of Oklahoma.

A complaint for blatent intentional legal negligence has been filed with the Oklahoma Bar Assoc. against veterans attorney Garett Holland(described in previous email) and any information should not be forwarded to him but the veteran, Denton W. Gage. If it cannot be forwardee to veteran than than the veterans State of Oklahoma Co-Op provider will suffice. Thank you for your time I hope this lack of action on behalf of the OKCVAMC will not result in civil action.

2/14/24, 1:07 PM
Case 5:24-cv-00171-G    Document 1    Filed 02/15/24    Page 22 of 72
Gmail - notification of official complaint against VJO MCleod sent to Office of General Counsel

 Gmail

**Denton Gage <dentongage27@gmail.com>**

## notification of official complaint against VJO MCleod sent to Office of General Counsel

**Denton Gage** <dentongage27@gmail.com>                                    Mon, Feb 5, 2024 at 2:46 AM
To: jessica.mcleod@va.gov

I have been informed by Teem/Co-Op staff that you told them i have never been prescribed the medication trazodone by a U.S. Dept of Veterans Affairs entity for service connected disabilities. This a bold faced lie and blatantly incorrect as i was prescribed the medication in approximately 2020 while residing in the Microtel of Claremore, OK as a homeless veteran. I have sent an official complaint to the office of general counsel for the dept of veterans affairs in Washington D.C. Parties included in an official capacity in the complaint placed in the mailing system are CCTV observing officer in CM 2019-3483, Dr. Ryan James Grantham, and you VJO Mcleod. You are my point of contact for legal actions dealing with the OKCVAMC as per administrative procedure. As the U.S. District court and the State of Oklahoma court systems recognize the date placed in the legal mailing as the date filed the complaint date should be 2/5/2024. Please respond to my emails, I would really like some help renewing my medication. I do not feel comfortable utlizing my VA benefits at the OKCVAMC due to the events that have transpired with the OKCVAMC police dept. Have a good morning.

 Gmail

**Denton Gage <dentongage27@gmail.com>**

## notification of official complaint against VJO MCleod sent to Office of General Counsel

**Denton Gage** <dentongage27@gmail.com>                                Mon, Feb 5, 2024 at 1:46 PM
To: rquirk@teem.org

---------- Forwarded message ---------
From: **Denton Gage** <dentongage27@gmail.com>
Date: Mon, Feb 5, 2024, 2:46 AM
Subject: notification of official complaint against VJO MCleod sent to Office of General Counsel
To: <jessica.mcleod@va.gov>


I have been informed by Teem/Co-Op staff that you told them i have never been prescribed the medication trazodone by a
U.S. Dept of Veterans Affairs entity for service connected disabilities. This a bold faced lie and blatantly incorrect as i was
prescribed the medication in approximately 2020 while residing in the Microtel of Claremore, OK as a homeless veteran. I
have sent an official complaint to the office of general counsel for the dept of veterans affairs in Washington D.C. Parties
included in an official capacity in the complaint placed in the mailing system are CCTV observing officer in CM 2019-3483,
Dr. Ryan James Grantham, and you VJO Mcleod. You are my point of contact for legal actions dealing with the
OKCVAMC as per administrative procedure. As the U.S. District court and the State of Oklahoma court systems recognize
the date placed in the legal mailing as the date filed the complaint date should be 2/5/2024. Please respond to my emails,
I would really like some help renewing my medication. I do not feel comfortable utlizing my VA benefits at the
OKCVAMC due to the events that have transpired with the OKCVAMC police dept. Have a good morning.

 Gmail

**Denton Gage <dentongage27@gmail.com>**

## email from eastern oklahoma va healthcare system

**Denton Gage** <dentongage27@gmail.com>                                Tue, Feb 6, 2024 at 12:37 PM
To: jessica.mcleod@va.gov

yes Mrs. Mcleod I just got an email from the Eastern Oklahoma VA healthcare network and I am assuming it is about my prescription for trazodone as there is an attachment. I cannot access my yahoo email account on any other device than my phone and my phone is telling me it doesnt have the correct software to open the attachment. I am not allowed to respond to the email of course because the v.a. doesnt allow that. Once again if you would operate in the interest of justice and public safety and by U.S. Dept of V.A. CFR  regarding veterans legal rights and respond to my email i would not have this problem and is ultimately continuing in the direction of legal suit. i have tried to forward the email to you but my phone will not let me. you are the one that instructed me i have to deal with the VA police dept to receive benefits and once again by V.A. CFR guidelines and councils advice i have been advised the true legal process is to contact you. i will also be sending you an email later today regarding two suspicious debts for approximately $4,200, and $80,000 that are currently being investigated and will be listed in my possible upcoming suit in the U.S. District Court of The Western district of Oklahoma. i'll send you that email later today or this week after it has been investigated.

 Gmail

Denton Gage <dentongage27@gmail.com>

## email from eastern oklahoma va healthcare system

**Denton Gage** <dentongage27@gmail.com>                           Tue, Feb 6, 2024 at 12:48 PM
To: rquirk@teem.org

rhianna please dont tell me not to email her anymore i have to get a printout of my texts to you to file in court with the suit.

---------- Forwarded message ---------
From: **Denton Gage** <dentongage27@gmail.com>
Date: Tue, Feb 6, 2024 at 12:37 PM
Subject: email from eastern oklahoma va healthcare system
To: <jessica.mcleod@va.gov>

yes Mrs. Mcleod I just got an email from the Eastern Oklahoma VA healthcare network and I am assuming it is about my prescription for trazodone as there is an attachment. I cannot access my yahoo email account on any other device than my phone and my phone is telling me it doesnt have the correct software to open the attachment. I am not allowed to respond to the email of course because the v.a. doesnt allow that. Once again if you would operate in the interest of justice and public safety and by U.S. Dept of V.A. CFR regarding veterans legal rights and respond to my email i would not have this problem and is ultimately continuing in the direction of legal suit. i have tried to forward the email to you but my phone will not let me. you are the one that instructed me i have to deal with the VA police dept to receive benefits and once again by V.A. CFR guidelines and councils advice i have been advised the true legal process is to contact you. i will also be sending you an email later today regarding two suspicious debts for approximately $4,200, and $80,000 that are currently being investigated and will be listed in my possible upcoming suit in the U.S. District Court of The Western district of Oklahoma. i'll send you that email later today or this week after it has been investigated.

2/14/24, 1:08 PM
Case 5:24-cv-00171-G    Document 1    Filed 02/15/24    Page 26 of 72
Gmail - $4,200, $80,000 OU medical bill contract from U.S.Dept of Veterans Affairs(OKCVAMC)

 **Gmail**

Denton Gage <dentongage27@gmail.com>

## $4,200, $80,000 OU medical bill contract from U.S.Dept of Veterans Affairs(OKCVAMC)

**Denton Gage** <dentongage27@gmail.com>
To: jessica.mcleod@va.gov, rquirk@teem.org

Tue, Feb 6, 2024 at 1:35 PM

Mrs. Mcleod I have contacted both the OU physicians billing hotline for incident that happened in the Oklahoma County Jail due to the denial of treatment and incarceration in the Oklahoma county in Jail in 2023 and the OU physicians billing dept was able to provide me with a summary however Thee OU Hospital billing dept. was not able to verify my identity and refused to provide verification of any debt to be used in the U.S. District court or in discovery of a new case to possibly be filed in The Oklahoma County /State of Oklahoma court system. Since the OKCVAMC doctors and OKCVAMC have contractual relationships with The OU medical center to provide service for inpatient veterans i can only suspect that is the relationship that created this debt. I would like to officially request any and all legal documentation, medical progress notes, or any other type of documentation that the U.S. Dept of Veterans Affairs and OKCVAMC might have in its possession or the possession created by such contract for services in order to provide to an initial filing in U.S. District Court and to receive a medicattion for 250 mg trazodone for service-connected disabilities. thank you for your time.

 **Gmail**

**Denton Gage <dentongage27@gmail.com>**

---

## Suit to be amended and filed on 3/1/2024

---

**Denton Gage** <dentongage27@gmail.com>                                           Tue, Feb 6, 2024 at 5:32 PM
To: jessica.mcleod@va.gov, rquirk@teem.org

Mrs. McLeod I just changed my official email on file at the U.S. dept of V.A. so there would be no question as to getting me that email again. Attached is a copy of the complaint I will be amending,adding surplus documentation I have requested, and including you in due to attorney Garret Holland not responding to my requests to begin the discovery process, file an official complaint against the CCTV observing officer, and receive veterans assistance from the okcvamc while residing in the Oklahoma county jail for service connected disabilities. In this suit i am sending you a copy of I ask OKCVAMC attorney representation to go ahead and take a look at the last entry for dismissal where the presiding cited "upon competency evaluation". During this competency evaluation veteran answered all questions correctly and coherently and the interview conducted by a state of Oklahoma agency was immediately ended and abruptly so upon citing service-connected disabilities for reasons that I believe are legal liabilities on behalf of the OKCVAMC, Dr. Ryan Grantham, and 1 male un-named E.R. nurse. I understand there might be a jurisdictional question since an OKCVAMC CCTV observing police officer intentionally falsified an arrest affidavit and ignored a witness report but I will be requesting that as grounds for jurisdiction in the U.S. District Court. I have been informed twice that once signed into the state of Oklahoma co-op program charges are dismissed. If council wishes to object than we can go ahead and file in the state of Oklahoma and get the discovery process started.. please let me know if I can be assistance for any type of interviews or depositions. Have a good day.

 Gmail

**Denton Gage <dentongage27@gmail.com>**

## incident report

**Denton Gage** <dentongage27@gmail.com>          Wed, Feb 7, 2024 at 3:45 PM
To: "Mark.Opgrande@okcountydc.net" <Mark.Opgrande@okcountydc.net>

Hi Mr. Opgrande my name is denton gage and i was incarcerated in the oklahoma county jail in 2023. While i was incarcerated i was assaulted and sent to the hospital. I told the triage team in the oklahoma county jail medical facility that i didnt need to go to the emergency room but was forced to go. I asked if i could go to the Oklahoma City Veterans Affairs Medical Center but was taken to The OU hospital emergency room instead. Now I have $4,200 in medical bills that for reasons i shouldnt discuss i believe the OKCVAMC is liable for those medical bills. Also when i received those medical bills in the mail when i was residing in the oklahoma county jail i noticed on the bill it said i had a $80,000 surplus medical debt from OU medical center in which i dont believe i have ever been. I can only suspect that the bill originates from a contractual relationship between the OKCVAMC and OU Health Hospital doctors as they provide veterans treatment services. I am officially requesting a copy of the incident report and any other documentation you may be able to provide about my health and health services while in the oklahoma county jail. i might have to file suit on the first of next month if i cannot get the VJO representation to respond to my inquiries so i assure you this is a serious matter. in surplus to my email my phone number is 5398959969. thank you for your time.

 Gmail

**Denton Gage <dentongage27@gmail.com>**

## Complaint with the office of V.A. Inspector General

**Denton Gage** <dentongage27@gmail.com>
To: jessica.mcleod@va.gov

Thu, Feb 8, 2024 at 9:39 AM

A formal complaint has been submitted to the Office of V.A. Inspector General for reasons of the emails in which i have already described to you

2/14/24, 1:10 PM
Case 5:24-cv-00171-G    Document 1    Filed 02/15/24    Page 30 of 72
Gmail - Post-conviction proceedings, investigation into Jodi and Steve gage

 Gmail

**Denton Gage <dentongage27@gmail.com>**

## Post-conviction proceedings, investigation into Jodi and Steve gage

**Denton Gage** <dentongage27@gmail.com>                              Fri, Feb 9, 2024 at 3:03 PM
To: cale.powers@va.gov

Hey I will be needing legal aid for post conviction proceedings in the state of Oklahoma, state of Arizona, state of Oregon. I sent a request for pardon to the governor's office in 2018 when I was in prison and civ18-1151-r achieved forma pauperis status. The u.s. district court has had over 6 years to refer and investigate my allegations against my parents in the court case filing civ-18-1151-R for any type of murder or accessory to murder charges. I am sure they have been cleared of any wrongdoing because I couldn't talk to them and at no time did I about any of the things that happened that exacerbated my service-connected trauma due to my mom being employed in the same school district that I attended. But I had a duty to Brandon jonjock, Jake canady, Dustin whaling, and possibly dean McKee to go before a court and state the circumstances of my trauma and what I fealt that trauma has been falsely leading up to to that point. Unfortunately some people have died in my past and I found what I believe to be a legitimate connection between murder and drug dealing in the city of owasso and the events that I had gone through as well as possibly the property of the canady residents all I can do is state the the things that happened to me and operate as any ethical marine would using honor, courage, and commotment. I spoke to authorities in I believe 2008 about my concerns, an interview that resulted from their investigation not mine. I apologize all I can remember was he was an detective with a darker complexion in a suit about 5'11" and 195 lbs. It was also attempted to force me to make a statement to over 8 detectives in uniform under oath without attorney present. I believe that happened in 2007 as well. I told vjo McLeod that I would be more than willing to state some things and answer questions under oath as well as I told the Oklahoma county district attorney the same thing. It's sad because the VA pissed on those people's graves and their rights to justice when the VA gave me that delusional diagnosis. Let me know if you need anything legal through the patient advocates office.

 Gmail

**Denton Gage <dentongage27@gmail.com>**

## New OKCVAMC contact

**Denton Gage** <dentongage27@gmail.com>
To: cale.powers@va.gov

Fri, Feb 9, 2024 at 1:51 PM

Mr. Powers I have been informed by teem/COOP staff that you are my new point of contact at the v.a. I am sorry but I am just not comfortable corresponding with you. I studied all my life to be a mechanical engineer and you completely disregarded that in my participation in the cwt program. The amount of money I spent and the hours I waisted while working two jobs at a time and studying books and taking online classes and gaining work experience only to be thrown away and disregarded and then advised to file my disability it's just too much. I thank fawn Jones for her advise in filing a legitimate disability claim but it's just too much. Have a good day

 Gmail

**Denton Gage <dentongage27@gmail.com>**

---

## Blood pressure and heart attack verification documents

---

**Denton Gage** <dentongage27@gmail.com>         Mon, Feb 12, 2024 at 7:10 PM
To: jessica.mcleod@va.gov

Mrs. McLeod you still are not returning my emails unfortunately but I need to again request documentation of a stress induced heart attack when I had an emergency visit at the Ernest Childers medical center in Tulsa in either 2013 or early 2014 as well as documentation of normal blood pressure (60/105) when I began seeking treatment at the okcvamc in my very first appointment at that facility in either late 2015 or early 2016. This documentation will be filed in the u.s. district court on Friday in an effort to receive medication and be reimbursed for service connected medical treatment I have been forced to receive outside of the v.a. healthcare system due to no contact from you while in the co-op program with the state of Oklahoma.

2/14/24, 1:11 PM

Case 5:24-cv-00171-G    Document 1    Filed 02/15/24    Page 33 of 72
Gmail - Documentation of VJO/CO-OP provider communication under Federal Rule 902(8)

 Gmail

**Denton Gage <dentongage27@gmail.com>**

---

## Documentation of VJO/CO-OP provider communication under Federal Rule 902(8)

---

**Denton Gage** <dentongage27@gmail.com>                                    Tue, Feb 13, 2024 at 12:10 AM
To: Rhianna Quirk <rquirk@teem.org>

HEY Rhianna this is Denton w. Gage officially requesting any and all documentation of communication between OKCVAMC Justice Outreach Specialist Jessica Mcleod or any other U.S. Dept of Veterans Affairs official and CO-OP/TEEM staff I have not been made aware of. Thank you for your time

 Gmail

**Denton Gage <dentongage27@gmail.com>**

---

## attachments are not relase of information request

---

**Denton Gage** <dentongage27@gmail.com>                                        Wed, Feb 14, 2024 at 1:05 PM
To: "Lisa L. Webb" <llwebb@hopecsi.org>

Mrs. Webb the attachments you sent me are not the form i requested. they are links to the website and then two images. would you please forward that information. i have done the very best i can to satisfy the exhaustion of administrative remedies requirement and have received nothing but flack and stalling on behalf of the state of oklahoma and its agencies. i do thank you for the medications from hope though. still having racing thoughts but i can feel my blood pressure is lower and i am not bending over groping my chest after a chest pain anymore. thank you for that.

# CWT job change

From: denton Gage (denton.gage76@yahoo.com)

To:    cale.powers@va.gov

Date:  Friday, October 11, 2019 at 11:24 AM CDT

Dear Mr. Powers,
I am writing you this e-mail because I have been trying to get into the engineering dept as a CWT since my inception into the friendship house as well as while previously participating in the grant per diem program. I have cleared my entry as a cwt through both departments of acquisition management (Percy), as well as engineering (Tim Jenne). Both departments are welcome to the change and are willing to facilitate it. When I spoke with Shelly and Mrs. Beck about changing CWT jobs both said they are not willing to let me make a change at this time. This is not in my best professional interests as well as the second time I have been denied or postponed the opportunity that has already been approved by both departments. When reviewing my resume and work experience it is obvious that the engineering and maintenance dept is where I belong in order to best serve my professional interests. I have not spoken to Fawn about this denial but I was told by Mrs. Beck that she was aware of denying my entry into engineering for no apparent reason against my best interest. I will speak to Fawn about this today utilizing my chain of command however I don't foresee any change until I speak to you or possibly have to file a formal complaint. Could you please facilitate the already department approved transfer?
Thanks for your time,
Denton Gage
918-998-8029
Sent from my iPhone

# CWT job change

From: denton Gage (denton.gage76@yahoo.com)

To:    cale.powers@va.gov

Date: Friday, October 11, 2019 at 11:24 AM CDT


Dear Mr. Powers,
I am writing you this e-mail because I have been trying to get into the engineering dept as a CWT since my inception into the friendship house as well as while previously participating in the grant per diem program. I have cleared my entry as a cwt through both departments of acquisition management (Percy), as well as engineering (Tim Jenne). Both departments are welcome to the change and are willing to facilitate it. When I spoke with Shelly and Mrs. Beck about changing CWT jobs both said they are not willing to let me make a change at this time. This is not in my best professional interests as well as the second time I have been denied or postponed the opportunity that has already been approved by both departments. When reviewing my resume and work experience it is obvious that the engineering and maintenance dept is where I belong in order to best serve my professional interests. I have not spoken to Fawn about this denial but I was told by Mrs. Beck that she was aware of denying my entry into engineering for no apparent reason against my best interest. I will speak to Fawn about this today utilizing my chain of command however I don't foresee any change until I speak to you or possibly have to file a formal complaint. Could you please facilitate the already department approved transfer?
Thanks for your time,
Denton Gage
918-998-8029
Sent from my iPhone



GAGE,DENTON W
3282182

            DENTON W GAGE
            OK COUNTY JAIL
            201 N SHARTEL
                            OKLAHOMA CITY,OK 73102
                                        02/21/24
                                            0.00

RADIOLOGY    2038.00          2038.00
SURGERY       723.00           723.00




            2761.00          2761.00

GAGE,DENTON W

3282182


02/21/24
0.00          GAGE,DENTON W          3282182
NO INSURANCE

         OK COUNTY JAIL
OKLAHOMA CITY,OK 73102
         405-713-1000


         09/15/1986
02/01/2023          MALE
GAGE,DENTON W

         GAGE,DENTON W
         SELF


         OKLAHOMA CITY,OK 73102



         OK,COUNTY CTC
         405-713-1000

&114H(405)-271-1500


(405)-271-8405                    GAGE,DENTON W


3282182


 RADIOLOGY
          33113223      RAD DIAGNOST/ALHYARI MD/KOLLER MD,KA
 04/11/2023          X-RAY EXAM OF PELVIS
34.00
 04/11/2023          RADIOLOGIC EXAM CHEST SINGLE VIEW
35.00
 04/11/2023          X-RAY EXAM OF WRIST.
34.00
 04/11/2023          X-RAY EXAM OF FOREARM
33.00
 04/13/2023          NI ADJUSTMENT 090121
23.80
 04/14/2023          NI ADJUSTMENT 090121
71.40
 10/11/2023          SENT TO COLLECTION AGENCY
40.80                     Amount Due----------------------
--------------      0.00

 RADIOLOGY
          33119073      RAD CTS/ALHYARI MD/KOLLER MD,KA
 04/11/2023          CT ABD  AND  PELVIS W/CONTRAST
340.00
 04/11/2023          CONTRAST CAT SCAN OF THORAX
227.00
 04/11/2023          CONTRAST CAT OF LOWER SPINE
227.00
 04/11/2023          CT THORAX DX CPLUS
233.00
 04/14/2023          NI ADJUSTMENT 090121
718.90

```
10/11/2023              SENT TO COLLECTION AGENCY
308.10                         Amount Due--------------------
----------------        0.00


RADIOLOGY
        33141767    RAD CTS/BORDEN MD/KOLLER MD,KA
04/11/2023          CAT SCAN OF NECK SPINE
186.00
04/11/2023          CAT SCAN OF HEAD OR BRAIN
159.00
04/11/2023          CAT SCAN OF FACE, JAW
161.00
04/11/2023          CT ANGIOGRAPHY, NECK.
325.00
04/19/2023          NI ADJUSTMENT 090121
581.70
10/11/2023          SENT TO COLLECTION AGENCY
249.30                         Amount Due--------------------
----------------        0.00
```

Continued on next page

```
(405)-271-1500



(405)-271-8405                  GAGE,DENTON W



3282182




                    RADIOLOGY Cont.

RADIOLOGY
        33147060    RAD DIAGNOST/FAILS MD/KOLLER MD,KA
04/11/2023          X-RAY EXAM OF NECK SPINE
44.00
04/20/2023          NI ADJUSTMENT 090121
30.80
10/11/2023          SENT TO COLLECTION AGENCY
13.20
                    Amount Due-------------------------------------        0.00
```

```
SURGERY
         33211205     TRAUMA/WOOD MD
 04/11/2023           EMERGENCY DEPT VISIT MOD MDM
723.00
 05/03/2023           NI ADJUSTMENT 090121
506.10
 10/11/2023           SENT TO COLLECTION AGENCY
216.90

                      Amount Due----------------------------
---------     0.00
```

0.00

***********************************************************
******************

The information contained in this document is privileged and
confidential and/or protected health information (PHI) and
may be subject to protection under the law, including the
Health Insurance Portability and Accountability Act of 1996,
as amended (HIPAA).

***********************************************************
******************



**Department of Veterans Affairs**
100 SW Main Street
FL2
Portland, Oregon 97204

February 14, 2024

DENTON W GAGE
16597 E 106TH ST N
OWASSO OK 74055

In Reply Refer To:  348/PCT/TS
CSSXXXXX8647
Gage D W

Dear Denton W Gage,

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information
Your VA claim number is:XXXXXX647
You are the Veteran.

## Military Information
The character(s) of discharge and service date(s) of the veteran include:
Honorable, Marine Corps, 05/17/2008-06/09/2009
(There may be additional periods of service not listed above)

## VA Benefits Information
Service-connected disability: Yes
Your combined service-connected evaluation is: 100%
Your current monthly award amount is: $3,3737.85
Are you entitled to a higher level of disability due to being unemployable: No
Are you considered to be totally and permanently disabled due to your service-connected disabilities: Yes
Are you service-connected for loss of or loss of use of a limb, or are you totally blind in or missing at least one eye: No
Have you received a Specially Adapted Housing (SAH) and/or Special Home Adaptation (SHA) grant: No

You should contact your state or local office of veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of veterans' affairs are available at http://www.va.gov/statedva.htm.



# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,

v.

DENTON WILLIAM GAGE,
    Defendant.

No. CF-2023-809
(Criminal Felony)

Filed: 02/16/2023
Closed: 01/10/2024

Judge: Kirkpatrick, K. Nikki

## PARTIES

GAGE,  DENTON  WILLIAM, Defendant
STATE OF OKLAHOMA, Plaintiff
VA MEDICAL PD, ARRESTING AGENCY

## ATTORNEYS

**Attorney**

HOLLAND,  GARET (Bar #34453)
1900 NW EXPRESSWAY SUITE 601
OKC, OK 73118

**Represented Parties**

GAGE,  DENTON  WILLIAM

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, March 14, 2023 at 9:00 AM<br>PRELIMINARY HEARING CONFERENCE | GAGE,  DENTON  WILLIAM | Cassandra M Williams | |
| Friday, March 31, 2023 at 1:15 PM<br>REVIEW | GAGE,  DENTON  WILLIAM | Catherine M. Burton | |
| Monday, May 15, 2023 at 9:00 AM<br>PRELIMINARY HEARING CONFERENCE X2 | GAGE,  DENTON  WILLIAM | Cassandra M Williams | |
| Wednesday, July 19, 2023 at 9:00 AM<br>COMP REVIEW | GAGE,  DENTON  WILLIAM | Cassandra M Williams | |
| Monday, August 7, 2023 at 1:30 PM<br>COMP REVIEW | GAGE,  DENTON  WILLIAM | Cassandra M Williams | |

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Wednesday, October 4, 2023 at 9:00 AM<br>COMP REVIEW | GAGE,  DENTON  WILLIAM | Jason Glidewell | |
| Wednesday, November 8, 2023 at 1:30 PM<br>COMP REVIEW | GAGE,  DENTON  WILLIAM | Jason Glidewell | |
| Wednesday, December 6, 2023 at 9:00 AM<br>COMP REVIEW | GAGE,  DENTON  WILLIAM | Jason Glidewell | |
| Monday, January 22, 2024 at 0:00 AM<br>COMP REVIEW (STRICKEN) | GAGE,  DENTON  WILLIAM | Jason Glidewell | |

# COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**   Count as Filed: ABOFF, ASSAULT AND/OR BATTERY ON A EMERGENCY MEDICAL TECHNICIAN, in violation of 21 O.S. 646, 649-649.2, 650
Date of Offense: 02/07/2023

| Party Name | Disposition Information |
|---|---|
| GAGE, DENTON WILLIAM | **Disposed: DISMISSED, 01/10/2024. Dismissed- Request of the State**<br>Count as Disposed: ASSAULT AND/OR BATTERY ON A EMERGENCY MEDICAL TECHNICIAN(ABOFF)<br>Violation of 21 O.S. 646, 649-649.2, 650 |

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 02-16-2023 | [ TEXT ] | | GAGE, DENTON WILLIAM 👤 | |
| | | CRIMINAL FELONY INITIAL FILING.<br>Document Available at Court Clerk's Office | | |
| 02-16-2023 | [ INFORMATION ] | | GAGE, DENTON WILLIAM 👤 | #1 |
| | | DEFENDANT DENTON WILLIAM GAGE WAS CHARGED WITH COUNT #1, ASSAULT AND/OR BATTERY ON A EMERGENCY MEDICAL TECHNICIAN IN VIOLATION OF 21 O.S. 646, 649-649.2, 650 | | |
| 02-16-2023 | [ TEXT ] | | | |
| | | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE KIRKPATRICK, K. NIKKI TO THIS CASE. | | |
| 02-17-2023 | [ 👁 WAI$ ] | | GAGE, DENTON WILLIAM 👤 | |
| | | WARRANT OF ARREST ISSUED, JUDGE: KEVIN MCCRAY - BOND AMOUNT: $15,000.00<br><br>COMMENT: | | |
| 02-17-2023 | [ OCISR ] | | GAGE, DENTON WILLIAM 👤 | |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| 02-22-2023 | [ ↻ RETWA ] | | GAGE, DENTON WILLIAM 👤 | |
| | | WARRANT RETURNED 2/22/2023, WARRANT ISSUED ON 2/17/2023<br>COMMENT: / WARRANT CLEARED 2-20-23<br>Document Available at Court Clerk's Office | | |

**02-22-2023  [ CTFREE ]**                                         GAGE, DENTON WILLIAM 👤

JUDGE MCCRAY: COMES FOR ARRAIGNMENT. DEFT APPEARS IN CUSTODY, PUBLIC DEFENDER
TENTATIVELY APPOINTED. THE STATE DOES NOT APPEAR. A PLEA OF "NOT GUILTY" IS ENTERED.
PRELIMINARY HEARING CONFERENCE IS SET FOR 3-14-2023 AT 9 AM BEFORE JUDGE WILLIAMS. BAIL IS
SET AT $15,000
Document Available at Court Clerk's Office

**03-06-2023  [ MO ]**                                            GAGE, DENTON WILLIAM 👤

MOTION OF TEMPE CORPUS LAS FACILITO / COPY SENT TO JUDGE KIRKPATRICK AND DA
Document Available at Court Clerk's Office

**03-06-2023  [ NIAP ]**                                          GAGE, DENTON WILLIAM 👤

NOTICE OF INITIAL APPLICATION FOR ALTERNATIVE PROGRAMS
Document Available at Court Clerk's Office

**03-14-2023  [ CTFREE ]**                                        GAGE, DENTON WILLIAM 👤

JUDGE WILLIAMS: THE DEFENDANT APPEARS IN CUSTODY WITH ATTORNEY GARET HOLLAND. THE STATE
APPEARS BY ADA SIERRA. THE PHC IS CONTINUED TO 5-15-2023 @ 9AM BEFORE JUDGE WILLIAMS FOR
FURTHER NEGOTIATION, AT THE REQUEST OF THE DEFENSE WITHOUT OBJECTION FROM THE STATE.
COURT REPORTER WAIVED. DEFT TO FILE APPLIC TO DETERMINE COMPETENCY IN THE INTERIM
Document Available at Court Clerk's Office

**03-14-2023  [ EAA ]**                                           GAGE, DENTON WILLIAM 👤

ENTRY OF APPEARANCE / GARET HOLLAND / OBA 34453
Document Available at Court Clerk's Office

**03-14-2023  [ NFAP ]**                                          GAGE, DENTON WILLIAM 👤

NOTICE OF FORMAL APPLICATION FOR ALTERNATIVE PROGRAMS
Document Available at Court Clerk's Office

**03-14-2023  [ MFD ]**                                           GAGE, DENTON WILLIAM 👤

DEFENDANT'S MOTION FOR DISCOVERY
Document Available at Court Clerk's Office

**03-14-2023  [ MO ]**                                            GAGE, DENTON WILLIAM 👤

DEFENDANT'S FIRST MOTION FOR PRODUCTION OF SPECIFIC EXCULPATORY EVIDENCE AND MATERIALS
AND BRIEF IN SUPPORT
Document Available at Court Clerk's Office

**03-20-2023  [ APLI ]**                                          GAGE, DENTON WILLIAM 👤

APPLICATION FOR COMPETENCY EVALUATION
Document Available at Court Clerk's Office

**03-24-2023  [ LT ]**                                            GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

**03-24-2023  [ LT ]**                                            GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

**03-27-2023  [ LT ]**                                            GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

**04-11-2023  [ LT ]**                                        GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

---

**04-11-2023  [ LT ]**                                        GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

---

**04-11-2023  [ LT ]**                                        GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

---

**04-25-2023  [ LT ]**                                        GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

---

**05-05-2023  [ LT ]**                                        GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

---

**05-15-2023  [ CTFREE ]**                                   GAGE, DENTON WILLIAM 👤

JUDGE WILLIAMS: THE DEFENDANT APPEARS IN PERSON WITH ATTORNEY GARET HOLLAND. THE STATE
APPEARS BY ADA M. SIERRA. THE COMP REVIEW IS CONTINUED TO 7-19-2023 @ 9AM BEFORE JUDGE
WILLIAMS FOR PENDING COMP EVAL, AT THE REQUEST OF THE DEFENSE WITHOUT OBJECTION FROM
THE STATE, BY COURT. COURT REPORTER WAIVED. COMP EVAL - SIGNED NO OBJ
Document Available at Court Clerk's Office

---

**05-15-2023  [ O ]**                                        GAGE, DENTON WILLIAM 👤

ORDER FOR COMPETENCY EVALUATION
Document Available at Court Clerk's Office

---

**05-16-2023  [ LT ]**                                        GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

---

**05-16-2023  [ LT ]**                                        GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

---

**05-16-2023  [ LT ]**                                        GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

---

**05-31-2023  [ LT ]**                                        GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

---

**05-31-2023  [ LT ]**                                        GAGE, DENTON WILLIAM 👤

LETTER
Document Available at Court Clerk's Office

---

**06-07-2023  [ REQ ]**                                      GAGE, DENTON WILLIAM 👤

DEFT'S PRO SE REQUEST FOR TRANSFER- COPY TO JUDGE WILLIAMS AND DA
Document Available at Court Clerk's Office

**06-07-2023** [ LT ]                                            GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT
Document Available at Court Clerk's Office

---

**06-08-2023** [ LETDF ]                                        GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE KIRKPATRICK AND DA
Document Available at Court Clerk's Office

---

**06-15-2023** [ LETDF ]                                        GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE KIRKPATRICK
Document Available at Court Clerk's Office

---

**06-28-2023** [ LT ]                                           GAGE, DENTON WILLIAM 👤

LETTER FROM DEFT/ COPY SENT TO JUDGE KIRKPATRICK AND DA
Document Available at Court Clerk's Office

---

**06-29-2023** [ LT ]                                           GAGE, DENTON WILLIAM 👤

LETTER FROM DEFT/ COPY SENT TO JUDGE KIRKPATRICK AND DA
Document Available at Court Clerk's Office

---

**07-06-2023** [ LETDF ]                                        GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE KIRKPATRICK
Document Available at Court Clerk's Office

---

**07-07-2023** [ LETDF ]                                        GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE KIRKPATRICK
Document Available at Court Clerk's Office

---

**07-07-2023** [ LETDF ]                                        GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE KIRKPATRICK
Document Available at Court Clerk's Office

---

**07-10-2023** [ LETDF ]                                        GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE KIRKPATRICK AND DA
Document Available at Court Clerk's Office

---

**07-17-2023** [ LETDF ]                                        GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE WILLIAMS
Document Available at Court Clerk's Office

---

**07-17-2023** [ LT ]                                           GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT
Document Available at Court Clerk's Office

---

**07-19-2023** [ CTFREE ]                                       GAGE, DENTON WILLIAM 👤

JUDGE WILLIAMS: THE DEFENDANT APPEARS IN PERSON WITH ATTORNEY G. HOLLAND. THE STATE
APPEARS BY ASSISTANT DISTRICT ATTORNEY BANKS LLI FOR SIERRA. THE COMP REVIEW IS CONTINUED
TO 8-7-23 AT 1:30 PM BEFORE JUDGE WILLIAMS PENDING COMP EVAL, BY AGREEMENT, BY COURT. COURT
REPORTER WAIVED. SEE SHOW CAUSE ORDER-WAITING FOR EVALUATION
Document Available at Court Clerk's Office

---

**07-19-2023** [ O ]                                            GAGE, DENTON WILLIAM 👤

PRELIMINARY HEARING SHOW CAUSE ORDER (COMPETENCY)/JUDGE WILLIAMS
Document Available at Court Clerk's Office

---

**07-27-2023 [ LT ]**                                          GAGE, DENTON WILLIAM ♣

LETTER FROM DEFT/ COPY SENT TO JUDGE KIRKPATRICK AND DA
Document Available at Court Clerk's Office

---

**08-03-2023 [ LETDF ]**                                      GAGE, DENTON WILLIAM ♣

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE WILLIAMS
Document Available at Court Clerk's Office

---

**08-03-2023 [ LETDF ]**                                      GAGE, DENTON WILLIAM ♣

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE WILLIAMS
Document Available at Court Clerk's Office

---

**08-03-2023 [ LETDF ]**                                      GAGE, DENTON WILLIAM ♣

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE WILLIAMS
Document Available at Court Clerk's Office

---

**08-07-2023 [ CTFREE ]**                                     GAGE, DENTON WILLIAM ♣

JUDGE WILLIAMS: THE DEFENDANT APPEARS IN PERSON WITH ATTORNEY G. HOLLAND. THE STATE
APPEARS BY ASSISTANT DISTRICT ATTORNEY SIERRA. THE COMP REVIEW IS CONTINUED TO 10-4-23 AT
9:00 AM BEFORE JUDGE WILLIAMS PENDING COMP EVAL, BY AGREEMENT. COURT REPORTER WAIVED.
WAITING FOR DEFT TO RECEIVE HIS COMPETENCY EVAL
Document Available at Court Clerk's Office

---

**08-08-2023 [ LT ]**                                         GAGE, DENTON WILLIAM ♣

LETTER FROM DEFT/ COPY SENT TO JUDGE WILLIAMS AND JUDGE KIRKPATRICK
Document Available at Court Clerk's Office

---

**08-10-2023 [ LT ]**                                         GAGE, DENTON WILLIAM ♣

LETTER FROM DEFT/ COPY SENT TO JUDGE WILLIAMS AND JUDGE KIRKPATRICK
Document Available at Court Clerk's Office

---

**08-14-2023 [ LT ]**                                         GAGE, DENTON WILLIAM ♣

LETTER FROM DEFT/ COPY SENT TO JUDGE KIRKPATRICK AND JUDGE WILLIAMS AND DA
Document Available at Court Clerk's Office

---

**08-16-2023 [ LT ]**                                         GAGE, DENTON WILLIAM ♣

LETTER FROM DEFT/ COPY SENT TO JUDGE KIRKPATRICK AND JUDGE OAKES AND DA
Document Available at Court Clerk's Office

---

**09-14-2023 [ LT ]**                                         GAGE, DENTON WILLIAM ♣

LETTER FROM DEFT / COPY SENT TO JUDGE KIRKPATRICK AND DA
Document Available at Court Clerk's Office

---

**10-04-2023 [ CTFREE ]**                                     GAGE, DENTON WILLIAM ♣

JUDGE GLIDEWELL: THE DEFENDANT APPEARS IN CUSTODY WITH ATTORNEY G. HOLLAND. THE STATE
APPEARS BY ASSISTANT DISTRICT ATTORNEY LLI. THE COMPETENCY REVIEW IS CONTINUED TO 11-18-
2023 AT 1:30 PM BEFORE JUDGE GLIDEWELL BY AGREEMENT, PENDING COMPETENCY EVALUATION.
FOUND INCOMPETENT. PENDING ORDER TO TRANSPORT TO VINITA. COURT REPORTER WAIVED.
Document Available at Court Clerk's Office

---

**10-05-2023 [ LT ]**                                         GAGE, DENTON WILLIAM ♣

LETTER FROM DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICE; DATED 9-12-2023,
FILED 10-5-2023
Document Available (SEALED DOCUMENT)

**10-05-2023  [ O ]**                                         GAGE, DENTON WILLIAM &

ORDER TO SEAL "LETTER FROM DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICE; DATED 9-12-2023, FILED 10-5-2023" / JUDGE GLIDEWELL

Document Available at Court Clerk's Office

---

**10-06-2023  [ LETDF ]**                                    GAGE, DENTON WILLIAM &

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE <..ENTER NAME..>

Document Available at Court Clerk's Office

---

**10-18-2023  [ O ]**                                        GAGE, DENTON WILLIAM &

ORDER OF COMMITMENT

Document Available at Court Clerk's Office

---

**11-08-2023  [ CTFREE ]**                                   GAGE, DENTON WILLIAM &

JUDGE GLIDEWELL: THE DEFENDANT APPEARS IN CUSTODY WITH ATTORNEY G. HOLLAND. THE STATE APPEARS BY ASSISTANT DISTRICT ATTORNEY I. CALHOUN. THE COMP REVIEW IS CONTINUED TO 12-6-2023 AT 9:00 AM BEFORE JUDGE GLIDEWELL FOR FURTHER NEGOTIATION, BY AGREEMENT. COURT REPORTER WAIVED.

Document Available at Court Clerk's Office

---

**11-30-2023  [ TCSR ]**                                     GAGE, DENTON WILLIAM &

TEMPORARY COMMITMENT W/SHERIFF'S RETURN

Document Available at Court Clerk's Office

---

**12-06-2023  [ CTFREE ]**                                   GAGE, DENTON WILLIAM &

JUDGE GLIDEWELL: THE DEFENDANT APPEARS IN CUSTODY WITH ATTORNEY G. HOLLAND. THE STATE APPEARS BY ASSISTANT DISTRICT ATTORNEY I. CALHOUN. THE COMPETENCY REVIEW IS CONTINUED TO 1-22-2024 AT 9:00 AM BEFORE JUDGE GLIDEWELL BY AGREEMENT, PENDING TRANSFER TO VINITA. COURT REPORTER WAIVED.

Document Available at Court Clerk's Office

---

**01-10-2024  [ DISMISSED ]**                      GAGE, DENTON WILLIAM &    **#1**

SARA MURPHY BONDURANT , JUDGE: CASE DISPOSED. DISMISSED. DEFENDANT ENROLLED IN COURT ORDERED OUTPATIENT PROGRAM (CO-OP)

---

**01-11-2024  [ LETDF ]**                                    GAGE, DENTON WILLIAM &

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE GLIDEWELL

Document Available at Court Clerk's Office

---

**01-17-2024  [ NO ]**                                       GAGE, DENTON WILLIAM &

NOTICE OF COOP PARTICIPATION

Document Available at Court Clerk's Office

---

**01-18-2024  [ MOD&O ]**                                    GAGE, DENTON WILLIAM &

MOTION AND ORDER DISMISSING CASE AND RECALLING WARRANT/COUNT 1 DISMISSED/JUDGE BONDURANT

Document Available at Court Clerk's Office

---

**01-24-2024  [ ORSR ]**                                     GAGE, DENTON WILLIAM &

ORDER OF RELEASE W/SHERIFF'S RETURN

Document Available at Court Clerk's Office



## OKLAHOMA
### State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,
v.
DENTON WILLIAM GAGE,
    Defendant.

**No. CM-2019-3483**
**(Criminal Misdemeanor)**

Filed: 10/24/2019
Closed: 01/10/2024

Judge: Oakes, Martha

## PARTIES

GAGE,  DENTON  WILLIAM, Defendant
STATE OF OKLAHOMA, Plaintiff

## ATTORNEYS

**Attorney**
HOLLAND,  GARET (Bar #34453)
1900 NW EXPRESSWAY SUITE 601
OKC, OK 73118

**Represented Parties**
GAGE,  DENTON  WILLIAM

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, December 12, 2019 at 8:00 AM<br>DISPOSITION (MISDEMEANOR) | GAGE,  DENTON  WILLIAM | Elizabeth Kerr | |
| Wednesday, February 5, 2020 at 8:00 AM<br>DISPOSITION (MISDEMEANOR) 1X CONT | GAGE,  DENTON  WILLIAM | Elizabeth Kerr | |
| Wednesday, February 12, 2020 at 8:00 AM<br>DISPOSITION (MISDEMEANOR) 1X CONT | GAGE,  DENTON  WILLIAM | Elizabeth Kerr | |
| Wednesday, March 25, 2020 at 8:00 AM<br>DISPOSITION (MISDEMEANOR) 2X CONT - STRICKEN | GAGE,  DENTON  WILLIAM | Elizabeth Kerr | |
| Wednesday, May 27, 2020 at 8:00 AM<br>DISPOSITION (MISDEMEANOR) 2X CONT - STRICKEN | GAGE,  DENTON  WILLIAM | Elizabeth Kerr | |
| Wednesday, July 15, 2020 at 9:00 AM<br>DISPOSITION (MISDEMEANOR) 2X CONT | GAGE,  DENTON  WILLIAM | Elizabeth Kerr | |

| Event | Party | | | Docket | Reporter |
|---|---|---|---|---|---|
| Thursday, August 20, 2020 at 8:00 AM<br>DISPOSITION (MISDEMEANOR) 3X CONT | GAGE, | DENTON | WILLIAM | Elizabeth Kerr | |
| Wednesday, December 2, 2020 at 0:00 AM<br>REVIEW BOND FORFEITURE 1 (STRICKEN) | GAGE, | DENTON | WILLIAM | | |
| Wednesday, December 2, 2020 at 0:00 AM<br>REVIEW BOND FORFEITURE 2 (STRICKEN) | GAGE, | DENTON | WILLIAM | | |
| Wednesday, June 2, 2021 at 9:00 AM<br>DISPOSITION (MISDEMEANOR) - STRICKEN | GAGE, | DENTON | WILLIAM | Perry Hudson | |
| Wednesday, July 14, 2021 at 9:00 AM<br>DISPOSITION (MISDEMEANOR) 2X | GAGE, | DENTON | WILLIAM | Perry Hudson | |
| Thursday, August 26, 2021 at 1:30 PM<br>FARETTA HEARING | GAGE, | DENTON | WILLIAM | Perry Hudson | |
| Thursday, January 20, 2022 at 10:00 AM<br>CALL DOCKET- TRIAL | GAGE, | DENTON | WILLIAM | Perry Hudson | |
| Friday, January 21, 2022 at 1:30 PM<br>MOTION HEARING | GAGE, | DENTON | WILLIAM | April Collins | |
| Monday, January 24, 2022 at 9:00 AM<br>JURY TRIAL (ISSUE) | GAGE, | DENTON | WILLIAM | April Collins | |
| Monday, May 9, 2022 at 0:00 AM<br>REVIEW BOND FORFEITURE 1 | GAGE, | DENTON | WILLIAM | | |
| Monday, May 9, 2022 at 0:00 AM<br>REVIEW BOND FORFEITURE 2 | GAGE, | DENTON | WILLIAM | | |
| Wednesday, February 15, 2023 at 8:00 AM<br>DISPOSITION (MISDEMEANOR) | GAGE, | DENTON | WILLIAM | Martha Oakes | |
| Wednesday, February 22, 2023 at 8:00 AM<br>DISPOSITION (MISDEMEANOR) 6X | GAGE, | DENTON | WILLIAM | Martha Oakes | |
| Wednesday, March 22, 2023 at 9:00 AM<br>DISPOSITION X7 | GAGE, | DENTON | WILLIAM | Martha Oakes | |
| Tuesday, May 9, 2023 at 0:00 AM<br>HOLD CASE ACTIVITY- 1 YEAR | GAGE, | DENTON | WILLIAM | | |
| Wednesday, May 10, 2023 at 0:00 AM<br>REVIEW BOND FORFEITURE (STRICKEN) | GAGE, | DENTON | WILLIAM | | |
| Wednesday, May 17, 2023 at 8:00 AM<br>DISPOSITION (MISDEMEANOR) X7 | GAGE, | DENTON | WILLIAM | Martha Oakes | |
| Wednesday, July 26, 2023 at 9:00 AM<br>DISPOSITION (MISDEMEANOR) X8 | GAGE, | DENTON | WILLIAM | Martha Oakes | |
| Wednesday, September 20, 2023 at 9:00 AM<br>DISPOSITION (MISDEMEANOR) 9X | GAGE, | DENTON | WILLIAM | Martha Oakes | |
| Wednesday, November 29, 2023 at 8:00 AM<br>DISPOSITION (MISDEMEANOR) X 10 | GAGE, | DENTON | WILLIAM | Martha Oakes | |
| Thursday, February 1, 2024 at 0:00 AM<br>DISPOSITION (MISDEMEANOR) STRICKEN | GAGE, | DENTON | WILLIAM | Martha Oakes | |

# COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**    Count as Filed: ABGEN, BATTERY, in violation of 21 O.S. 641-644, 649.3, 650.1 - 650.10
Date of Offense: 08/03/2019

| Party Name | Disposition Information |
|---|---|
| GAGE, DENTON WILLIAM | **Disposed: DISMISSED, 01/10/2024. Dismissed- Request of the State** |
| | Count as Disposed: BATTERY(ABGEN) |
| | Violation of 21 O.S. 641-644, 649.3, 650.1 - 650.10 |

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 10-24-2019 | [ TEXT ] | | GAGE, DENTON WILLIAM 👤 | |

CRIMINAL MISDEMEANOR INITIAL FILING.
Document Available at Court Clerk's Office

| 10-24-2019 | [ INFORMATION ] | | GAGE, DENTON WILLIAM 👤 | #1 |

DEFENDANT DENTON WILLIAM GAGE WAS CHARGED WITH COUNT #1, BATTERY IN VIOLATION OF 21 O.S. 641-644, 649.3, 650.1 - 650.10

| 10-24-2019 | [ TEXT ] | | | |

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE KERR, ELIZABETH TO THIS CASE.

| 10-25-2019 | [ 👁 WAI$ ] | | GAGE, DENTON WILLIAM 👤 | |

WARRANT OF ARREST ISSUED, JUDGE: KEVIN MCCRAY - BOND AMOUNT: $500.00

COMMENT: 2019056594

| 10-25-2019 | [ OCISR ] | | GAGE, DENTON WILLIAM 👤 | |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

| 11-01-2019 | [ BO ] | | GAGE, DENTON WILLIAM 👤 | |

PROFESSIONAL BOND FOR GAGE, DENTON WILLIAM POSTED BY RAMIREZ, VERONICA (MULTICOUNTY AGENT:ASKINS, J B ) (POWER NUMBER:100-21087 ), IN THE AMOUNT OF $500.00, POSTED 11/01/2019
Document Available at Court Clerk's Office

| 11-01-2019 | [ CTARR ] | | GAGE, DENTON WILLIAM 👤 | |

JUDGE MCCRAY: THE DEFENDANT APPEARS IN PERSON. THE STATE DOES NOT APPEAR. COMES ON FOR ARRAIGNMENT. A PLEA OF NOT GUILTY IS ENTERED. THIS MATTER IS SET FOR DISPOSITION ON 12-12-2019 AT 8 AM BEFORE JUDGE KERR BAIL IS SET IN THE AMOUNT OF $500
Document Available at Court Clerk's Office

| 11-04-2019 | [ ORSR ] | | GAGE, DENTON WILLIAM 👤 | |

ORDER OF RELEASE W/SHERIFF'S RETURN
Document Available at Court Clerk's Office

**11-07-2019  [ ↺ RETWA ]**                              GAGE, DENTON WILLIAM 👤

WARRANT RETURNED 11/7/2019, WARRANT ISSUED ON 10/25/2019
COMMENT: 2019056594/WARRANT CLEARED 11-4-19
Document Available at Court Clerk's Office

---

**12-12-2019  [ MOCON ]**                                GAGE, DENTON WILLIAM 👤

JUDGE KERR: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF DEFENSE. ORDER GRANTED.
DISPOSITION CONTINUED BY AGREEMENT TO 2-5-2020 @ 8AM FOR FURTHER NEGOTIATION
Document Available at Court Clerk's Office

---

**02-05-2020  [ TEXT ]**                                 GAGE, DENTON WILLIAM 👤

DUE TO INCLEMENT WEATHER RESULTING IN THE OKLAHOMA COUNTY COURTHOUSE CLOSING ON 2-5-
2020, THIS CASE HAS BEEN CONTINUED TO 2-12-2020 @ 8AM BEFORE JUDGE KERR.

---

**02-13-2020  [ MOCON ]**                                GAGE, DENTON WILLIAM 👤

JUDGE KERR: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF DEFENSE. ORDER GRANTED.
DISPOSITION CONTINUED BY AGREEMENT TO 3-25-2020 @ 8AM.
Document Available at Court Clerk's Office

---

**03-20-2020  [ MOCON ]**                                GAGE, DENTON WILLIAM 👤

JUDGE KERR: DUE TO THE OKLAHOMA STATE OF DISASTER DECLARATION REGARDING COVID-19 AND THE
MARCH 16, 2020 EMERGENCY ORDER FROM THE CHIEF JUSTICE OF THE OKLAHOMA SUPREME COURT,
THIS CASE IS CONTINUED TO 5-27-2020 @ 8AM.
Document Available at Court Clerk's Office

---

**05-18-2020  [ O ]**                                    GAGE, DENTON WILLIAM 👤

DUE TO THE OKLAHOMA STATE OF DISASTER DECLARATION REGARDING COVID-19 AND THE MARCH 16,
2020 EMERGENCY ORDER FROM THE CHIEF JUSTICE OF THE OKLAHOMA SUPREME COURT, THIS CASE IS
CONTINUED TO 7-15-2020 @ 8AM.
Document Available at Court Clerk's Office

---

**05-29-2020  [ TEXT ]**                                 GAGE, DENTON WILLIAM 👤

DUE TO THE OKLAHOMA STATE OF DISASTER DECLARATION REGARDING COVID-19, IN ACCORDANCE
WITH NEW MISDEMEANOR DOCKET PROTOCOLS, THE TIME THIS CASE SHALL BE HEARD HAS BEEN
ADJUSTED TO 9AM. SHOULD THE TIME NOT BE AGREEABLE FOR ALL PARTIES, ATTORNEYS MAY CONTACT
JUDGE KERR'S OFFICE REQUESTING A NEW TIME SLOT UP TO 48 HOURS PRIOR TO THE DOCKET. CASES
SHALL BE RESET PER THE COURT'S DISCRETION.

---

**07-15-2020  [ MOCON ]**                                GAGE, DENTON WILLIAM 👤

JUDGE KERR: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF DEFENSE. ORDER GRANTED.
DISPOSITION CONTINUED BY AGREEMENT TO 8-20-2020 @ 8AM. POSSIBLE VET DIVERSION.
Document Available at Court Clerk's Office

---

**08-03-2020  [ LETDF ]**                                GAGE, DENTON WILLIAM 👤

PRO SE LETTER FROM DEFENDANT SENT TO JUDGE KERR - COPY SENT TO DA AND ATTORNEY OF
RECORD
Document Available at Court Clerk's Office

---

**08-04-2020  [ MO ]**                                   GAGE, DENTON WILLIAM 👤

MOTION TO WITHDRAW
Document Available at Court Clerk's Office

---

**08-14-2020  [ O ]**                                    GAGE, DENTON WILLIAM 👤

ORDER ALLOWING WITHDRAWAL / JUDGE KERR
Document Available at Court Clerk's Office

**08-20-2020  [ BDFOR ]**                                     GAGE, DENTON WILLIAM

THE STATUS OF THE BOND ENTRY DETAILED IN DOCKET SERIAL #102491789 ABOVE HAS CHANGED TO
READ AS FOLLOWS:
PROFESSIONAL BOND FOR GAGE, DENTON WILLIAM POSTED BY RAMIREZ, VERONICA (MULTICOUNTY
AGENT:ASKINS, J B ) (POWER NUMBER:100-21087 ), IN THE AMOUNT OF $500.00, POSTED 11/01/2019,
FORFEITED 08/20/2020

**08-20-2020  [ CTBWFTA ]**                                   GAGE, DENTON WILLIAM

JUDGE KERR: THE DEFT FAILED TO APPEAR FOR DISPOSITION ON 8-20-2020. THE BOND IS ORDERED
FORFEITED AND AN ALIAS WARRANT IS ISSUED.
Document Available at Court Clerk's Office

**08-25-2020  [ ⊙ BWIFA ]**                                  GAGE, DENTON WILLIAM

BENCH WARRANT ISSUED FAILED TO APPEAR, JUDGE: ELIZABETH KERR - BOND AMOUNT:
COUNT 1 - BATTERY HOLD WITHOUT BOND
COMMENT: ALIAS WARRANT

**08-25-2020  [ OCISR ]**                                     GAGE, DENTON WILLIAM

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

**08-31-2020  [ O&J ]**                                       GAGE, DENTON WILLIAM

ORDER & JUDGMENT OF FORFEITURE- CERTIFIED COPY BY CERTIFIED MAIL TO: VERNOICA RAMIREZ AND
J.B. ASKINS/ $500.00 /JUDGE KERR.
Document Available at Court Clerk's Office

**08-31-2020  [ TEXT ]**

ADMINISTRATIVELY REASSIGNED BY AOC MIS PER HELP DESK CONTACT 97900

**09-04-2020  [ RECCM ]**                                     GAGE, DENTON WILLIAM

RECEIPT FOR CERTIFIED MAIL-VERONICA RAMIREZ-SIGNED BY ELAINE THOMPSON 9/2/2020.

**09-04-2020  [ RECCM ]**                                     GAGE, DENTON WILLIAM

RECEIPT FOR CERTIFIED MAIL-J B ASKINS-SIGNED BY ELAINE THOMPSON 9/2/2020.

**09-22-2020  [ BDXON ]**                                     GAGE, DENTON WILLIAM

THE STATUS OF THE BOND ENTRY DETAILED IN DOCKET SERIAL #102491789 ABOVE HAS CHANGED TO
READ AS FOLLOWS:
PROFESSIONAL BOND FOR GAGE, DENTON WILLIAM POSTED BY RAMIREZ, VERONICA (MULTICOUNTY
AGENT:ASKINS, J B ) (POWER NUMBER:100-21087 ), IN THE AMOUNT OF $500.00, POSTED 11/01/2019,
FORFEITED 08/20/2020, EXONERATED 09/22/2020

**09-25-2020  [ AFD ]**                                       GAGE, DENTON WILLIAM

AFFIDAVIT OF INTENT ENTERED 9/21/2020 BY DANNY ASKINS FOR ABRAHAM'S BAIL BONDS.
Document Available at Court Clerk's Office

**09-25-2020  [ BONO ]**                                      GAGE, DENTON WILLIAM

BONDSMAN'S NOTICE TO COURT CLERK RE: DEFENDANT'S RETURN-WASHINGTON COUNTY, OKLAHOMA
ON 9/22/2020 BY DANNY ASKINS FOR ABRAHAM'S BAIL BONDS.
Document Available at Court Clerk's Office

**09-28-2020  [ CLKBFM ]**                                    GAGE, DENTON WILLIAM

CLERK'S BOND FORFEITURE MINUTE.
Document Available at Court Clerk's Office

**09-28-2020  [ TEXT ]**                                    GAGE, DENTON WILLIAM 👤

BOND FORFEITURE FILED ON 8/20/2020 REVIEWED THIS DATE. RECORD REFLECTS DEFENDANT WAS RETURNED TO CUSTODY ON 9/22/2020. FORFEITURE PROCEEDINGS CONCLUDED, NO FURTHER REVIEW NEEDED.

---

**05-11-2021  [ ↺ RETBW ]**                                GAGE, DENTON WILLIAM 👤

WARRANT RETURNED 5/11/2021, WARRANT ISSUED ON 8/25/2020
COMMENT: ALIAS WARRANT/WARRANT CLEARED 05-10-2021
Document Available at Court Clerk's Office

---

**05-11-2021  [ CTFREE ]**                                 GAGE, DENTON WILLIAM 👤

JUDGE MCCRAY: THE DEFENDANT IS PRESENT IN CUSTODY FOR INITIAL APPEARANCE AND PUBLIC DEFENDER TENTATIVELY APPOINTED. STATE NOT PRESENT. DEFENDANT SET FOR DISPOSITION ON 6-2-2021 AT 9AM BEFORE JUDGE HUDSON. BAIL IS SET IN THE AMOUNT OF $1,000.
Document Available at Court Clerk's Office

---

**05-14-2021  [ BO ]**                                     GAGE, DENTON WILLIAM 👤

PROFESSIONAL BOND FOR GAGE, DENTON WILLIAM POSTED BY RAMIREZ, VERONICA (MULTICOUNTY AGENT:ASKINS, J B ) (POWER NUMBER:100-06455 ), IN THE AMOUNT OF $1,000.00, POSTED 05/12/2021
Document Available at Court Clerk's Office

---

**05-14-2021  [ BOJ ]**                                    GAGE, DENTON WILLIAM 👤

BOND INITIAL FILING JAIL FUND FEE

---

**05-14-2021  [ CCADMIN25 ]**                              GAGE, DENTON WILLIAM 👤

COURT CLERK ADMINISTRATIVE FEE ON $25 COLLECTIONS

---

**05-14-2021  [ DCADMIN25 ]**                              GAGE, DENTON WILLIAM 👤

DISTRICT COURT ADMINISTRATIVE FEE ON $25 COLLECTIONS

---

**05-27-2021  [ TEXT ]**                                   GAGE, DENTON WILLIAM 👤

DUE TO THE UNAVAILABILITY OF THE DISTRICT ATTORNEY'S OFFICE, THIS CASE HAS BEEN RESET TO 7-14-2021 @ 9AM FOR DISPOSITION BY ORDER OF JUDGE HUDSON. 6-2-2021 COURT DATE IS STRICKEN.

---

**06-07-2021  [ LT ]**                                     GAGE, DENTON WILLIAM 👤

LETTER FROM DEFT- COPY TO JUDGE HUDSON AND DA
Document Available at Court Clerk's Office

---

**06-24-2021  [ AC01 ]**                                   GAGE, DENTON WILLIAM 👤

ADJUSTMENT TO ACCOUNTING ENTRIES FOR INITIAL BOND FILING.

---

**06-24-2021  [ AC80 ]**                                   GAGE, DENTON WILLIAM 👤

ADJUSTMENT TO ACCOUNTING ENTRIES FOR INITIAL BOND FILING.

---

**06-24-2021  [ CCADMIN25 ]**                              GAGE, DENTON WILLIAM 👤

COURT CLERK ADMINISTRATIVE FEE ON $25 COLLECTIONS

---

**06-24-2021  [ DCADMIN25 ]**                              GAGE, DENTON WILLIAM 👤

DISTRICT COURT ADMINISTRATIVE FEE ON $25 COLLECTIONS

---

**07-14-2021  [ MOCON ]**                                  GAGE, DENTON WILLIAM 👤

JUDGE HUDSON: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF DEFENSE. ORDER GRANTED. DISPOSITION CONTINUED BY AGREEMENT TO 8-26-2021 @ 1:30PM FOR FARETTA HEARING.
Document Available at Court Clerk's Office

**08-26-2021 [ PTO ]**                                        GAGE, DENTON WILLIAM 👤

JUDGE HUDSON: PRE-TRIAL ORDER. JURY TRIAL SET FOR 1-24-2022 @ 9AM BEFORE JUDGE COLLINS.
CALL DOCKET SET FOR 1-20-2022 @ 10AM BEFORE JUDGE HUDSON. MOTION HEARING SET FOR 1-21-2022
@ 1:30PM BEFORE JUDGE COLLINS.
Document Available at Court Clerk's Office

---

**08-31-2021 [ LT ]**                                         GAGE, DENTON WILLIAM 👤

PRO SE LETTER FROM DEFENDANT, COPY SENT TO DA
Document Available at Court Clerk's Office

---

**08-31-2021 [ LT ]**                                         GAGE, DENTON WILLIAM 👤

LETTER FILED FROM DEFENDANT DENTON GAGE
Document Available at Court Clerk's Office

---

**09-20-2021 [ NO ]**                                         GAGE, DENTON WILLIAM 👤

NOTICE OF OPEN FILE AND MOTION FOR DISCOVERY
Document Available at Court Clerk's Office

---

**11-03-2021 [ RTSBN ]**                                      GAGE, DENTON WILLIAM 👤

RETURN SUBPOENA (NO CHARGE)X1
Document Available at Court Clerk's Office

---

**01-14-2022 [ WL ]**                                         GAGE, DENTON WILLIAM 👤

STATE'S WITNESS AND EXHIBIT LIST
Document Available at Court Clerk's Office

---

**01-20-2022 [ BDFOR ]**                                      GAGE, DENTON WILLIAM 👤

THE STATUS OF THE BOND ENTRY DETAILED IN DOCKET SERIAL #108044660 ABOVE HAS CHANGED TO
READ AS FOLLOWS:
PROFESSIONAL BOND FOR GAGE, DENTON WILLIAM POSTED BY RAMIREZ, VERONICA (MULTICOUNTY
AGENT:ASKINS, J B ) (POWER NUMBER:100-06455 ), IN THE AMOUNT OF $1,000.00, POSTED 05/12/2021,
FORFEITED 01/20/2022

---

**01-20-2022 [ CTBWFTA ]**                                    GAGE, DENTON WILLIAM 👤

JUDGE HUDSON: THE DEFT FAILED TO APPEAR FOR DISPOSITION ON 1-20-2022. THE BOND IS ORDERED
FORFEITED AND AN ALIAS WARRANT IS ISSUED.
Document Available at Court Clerk's Office

---

**01-25-2022 [ 👁 BWIFA ]**                                    GAGE, DENTON WILLIAM 👤

BENCH WARRANT ISSUED FAILED TO APPEAR, JUDGE: PERRY HUDSON - BOND AMOUNT:
COUNT 1 - BATTERY HOLD WITHOUT BOND
COMMENT: ALIAS WARRANT

---

**01-25-2022 [ OCISR ]**                                      GAGE, DENTON WILLIAM 👤

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**01-31-2022 [ O&J ]**                                        GAGE, DENTON WILLIAM 👤

ORDER & JUDGMENT OF FORFEITURE- CERTIFIED COPY BY CERTIFIED MAIL TO: VERONICA RAMIREZ AND
J.B. ASKINS/$1,000.00/JUDGE HUDSON.
Document Available at Court Clerk's Office

---

**02-09-2022 [ RECCM ]**                                      GAGE, DENTON WILLIAM 👤

RECEIPT FOR CERTIFIED MAIL - VERONICA REMIREZ - SIGNED SUMMER AGUIME DATED 02-07-22

---

**02-09-2022 [ RECCM ]**                                      GAGE, DENTON WILLIAM 👤

RECEIPT FOR CERTIFIED MAIL - JB ASKINS - SIGNED BY SUMMER AGUIME DATED 02-07-2022

**05-02-2022  [ TEXT ]**                                  GAGE, DENTON WILLIAM &

BOND FORFEITURE FILED ON 1/20/22 REVIEWED THIS DATE. RECORD REFLECT THE FORFEITURE WAS TIMELY REMITTED AND DEPOSITED ON 5/2/22. FURTHER REVIEW SET ON 5/10/23.

---

**05-02-2022  [ ACCOUNT ]**                              GAGE, DENTON WILLIAM &

RECEIPT # 2022-5188685 ON 05/02/2022.
PAYOR: ABRAHAM'S NATIONWIDE BONDING CO INC TOTAL AMOUNT PAID: $ 1,000.00.
LINE ITEMS:
CM-2019-3483: $1,000.00 ON AC91 BOND FORFEITURES FOR GAGE, DENTON WILLIAM.

---

**01-06-2023  [ TEXT ]**

JUDGE REASSIGNMENT - HD#138691

---

**01-09-2023  [ TEXT ]**

HD138691 - JUDGE REASSIGNMENT

---

**01-24-2023  [ CTARR ]**                                 GAGE, DENTON WILLIAM &

JUDGE MCCRAY: COMES FOR ARRAIGNMENT. DEFT APPEARS IN CUSTODY, PUBLIC DEFENDER TENTATIVELY APPOINTED. THE STATE DOES NOT APPEAR. A PLEA OF "NOT GUILTY" IS ENTERED. DISPOSITION IS SET FOR 2-15-2023 AT 8AM BEFORE JUDGE OAKES. BAIL IS SET AT $2,000.
Document Available at Court Clerk's Office

---

**01-25-2023  [ ↻ RETBW ]**                               GAGE, DENTON WILLIAM &

WARRANT RETURNED 1/25/2023, WARRANT ISSUED ON 1/25/2022
COMMENT: ALIAS WARRANT / WARRANT CLEARED ON 1-23-23
Document Available at Court Clerk's Office

---

**01-27-2023  [ MOARE ]**                                 GAGE, DENTON WILLIAM &

MOTION FOR REMITTER
Document Available at Court Clerk's Office

---

**01-30-2023  [ BO ]**                                    GAGE, DENTON WILLIAM &

PROFESSIONAL BOND FOR GAGE, DENTON WILLIAM POSTED BY RAMIREZ, VERONICA (MULTICOUNTY AGENT:ASKINS, J B ) (POWER NUMBER:100-11159 ), IN THE AMOUNT OF $2,000.00, POSTED 01/27/2023
*THIS DOCUMENT WAS INADVERTENTLY FILE STAMPED 2/13/23*
Document Available at Court Clerk's Office

---

**01-30-2023  [ BOJ ]**                                   GAGE, DENTON WILLIAM &

BOND INITIAL FILING JAIL FUND FEE

---

**01-30-2023  [ CCADMIN25 ]**                             GAGE, DENTON WILLIAM &

COURT CLERK ADMINISTRATIVE FEE ON $25 COLLECTIONS

---

**01-30-2023  [ DCADMIN25 ]**                             GAGE, DENTON WILLIAM &

DISTRICT COURT ADMINISTRATIVE FEE ON $25 COLLECTIONS

---

**02-06-2023  [ OREM ]**                                  GAGE, DENTON WILLIAM &

ORDER FOR REMITTER -BOND SHALL BE EXONERATED AND MONEY DEPOSITED SHALL BE RETURNED TO THE PAYOR/A.D.A. LEANN PACZKOWSKI/JUDGE MCCRAY
Document Available at Court Clerk's Office

**02-06-2023  [ BDXON ]**                                          GAGE, DENTON WILLIAM &

THE STATUS OF THE BOND ENTRY DETAILED IN DOCKET SERIAL #108044660 ABOVE HAS CHANGED TO
READ AS FOLLOWS:
PROFESSIONAL BOND FOR GAGE, DENTON WILLIAM POSTED BY RAMIREZ, VERONICA (MULTICOUNTY
AGENT:ASKINS, J B ) (POWER NUMBER:100-06455 ), IN THE AMOUNT OF $1,000.00, POSTED 05/12/2021,
FORFEITED 01/20/2022, EXONERATED 02/06/2023

**02-07-2023  [ TEXT ]**                                          GAGE, DENTON WILLIAM &

BOND FORFEITURE FILED ON 1/20/22 REVIEWED THIS DATE. RECORD REFLECTS THE DEFENDANT WAS
REARRAIGNED ON 1/24/23. MOTION FOR REMITTER FILED ON 1/27/23. ORDER FOR REMITTER FILED ON
2/6/23. FORFEITURE PROCEEDINGS CONCLUDED, NO FURTHER REVIEW NEEDED.

**02-07-2023  [ ACCOUNT ]**                                          GAGE, DENTON WILLIAM &

REQUESTED VOUCHER IN AMOUNT OF 1,000.00 TO ABRAHAM'S NATIONWIDE BONDING CO INC FROM
ACCOUNT AC91. DISBURSEMENT NUMBER 21927655.

**02-08-2023  [ BDXON ]**                                          GAGE, DENTON WILLIAM &

THE STATUS OF THE BOND ENTRY DETAILED IN DOCKET SERIAL #115274509 ABOVE HAS CHANGED TO
READ AS FOLLOWS:
PROFESSIONAL BOND FOR GAGE, DENTON WILLIAM POSTED BY RAMIREZ, VERONICA (MULTICOUNTY
AGENT:ASKINS, J B ) (POWER NUMBER:100-11159 ), IN THE AMOUNT OF $2,000.00, POSTED 01/27/2023,
EXONERATED 02/08/2023

**02-09-2023  [ BONO ]**                                          GAGE, DENTON WILLIAM &

BONDSMAN'S NOTICE TO COURT CLERK RE: DEFENDANT'S RETURN/ OKLAHOMA COUNTY ON 2-8-2023 BY
VERONICA RAMIREZ/ ABRAHAM'S BONDING COMPANY.
Document Available at Court Clerk's Office

**02-09-2023  [ DISBURSED ]**                                          GAGE, DENTON WILLIAM &

VOUCHER# 437407 PRINTED TO ABRAHAM'S NATIONWIDE BONDING CO INC, WHICH INCLUDES $ 1,000.00
FROM THIS CASE FOR AC91 - BOND FORFEITURES. TOTAL AMOUNT OF VOUCHER: $ 1,000.00.

**02-15-2023  [ CTFREE ]**                                          GAGE, DENTON WILLIAM &

JUDGE OAKES: STATE PRESENT BY ADA TODD. DEFT IN CUSTODY WITH PD'S OFFICE. DEFT HAS NEW CPC-
23-1147 AND 10 DAY IS NOT UNTIL 2-17-23. MATTER CONTINUED TO 2-22-2023 @ 8AM.
Document Available at Court Clerk's Office

**02-22-2023  [ CTFREE ]**                                          GAGE, DENTON WILLIAM &

JUDGE OAKES: COURT MINUTE ORDER. DEFT IN CUSTODY ON NEW CHARGE CF-23-809 NOT YET
ARRAIGNED ON NEW CHARGE. CONT TO 3-22-23 @9AM
Document Available at Court Clerk's Office

**03-23-2023  [ CTFREE ]**                                          GAGE, DENTON WILLIAM &

JUDGE OAKES: DEFENDANT APPEARS BY ATTORNEY MOORE. STATE APPEARS BY ADA TODD. DEFENDANT
PRESENT IN CUSTODY. DEFENDANT HAS PENDING CF-23-809 SET 5-15-23. NCD: 5-17-23 @ 8AM
Document Available at Court Clerk's Office

**05-17-2023  [ CTFREE ]**                                          GAGE, DENTON WILLIAM &

JUDGE OAKES: STATE PRESENT BY ADA WILSON. DEFT ATTY ROSE. DEFT IN CUSTODY. DEFT HAS
PENDING CF. CONT TO 7-26-23 @9AM
Document Available at Court Clerk's Office

**05-30-2023  [ EAA ]**                                          GAGE, DENTON WILLIAM &

ENTRY OF APPEARANCE / GARET L. HOLLAND / OBA 34453
Document Available at Court Clerk's Office

**05-30-2023 [ MO ]**  GAGE, DENTON WILLIAM 👤

DEFENDANT'S FIRST MOTION FOR PRODUCTION OF SPECIFIC EXCULPATORY EVIDENCE AND MATERIAL AND BRIEF IN SUPPORT

Document Available at Court Clerk's Office

---

**05-30-2023 [ MO ]**  GAGE, DENTON WILLIAM 👤

DEFENDANT'S MOTION FOR DISCOVERY

Document Available at Court Clerk's Office

---

**05-31-2023 [ LT ]**  GAGE, DENTON WILLIAM 👤

LETTER

Document Available at Court Clerk's Office

---

**06-07-2023 [ REQ ]**  GAGE, DENTON WILLIAM 👤

DEFT'S PRO SE REQUEST FOR TRANSFER- COPY TO JUDGE OAKES

Document Available at Court Clerk's Office

---

**06-08-2023 [ LETDF ]**  GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE OAKES

Document Available at Court Clerk's Office

---

**06-15-2023 [ LETDF ]**  GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE OAKES

---

**06-28-2023 [ LT ]**  GAGE, DENTON WILLIAM 👤

LETTER FROM DEFT/ COPY SENT TO JUDGE OAKES AND DA

Document Available at Court Clerk's Office

---

**07-26-2023 [ MOCON ]**  GAGE, DENTON WILLIAM 👤

JUDGE OAKES: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF THE PARTIES. ORDER GRANTED. DISPOSITION CONTINUED BY AGREEMENT TO 9-20-2023 @ 9AM.

Document Available at Court Clerk's Office

---

**07-27-2023 [ LT ]**  GAGE, DENTON WILLIAM 👤

LETTER FROM DEFT/ COPY SENT TO JUDGE OAKES AND DA

Document Available at Court Clerk's Office

---

**08-03-2023 [ LETDF ]**  GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE WILLIAMS

Document Available at Court Clerk's Office

---

**08-16-2023 [ LT ]**  GAGE, DENTON WILLIAM 👤

LETTER FROM DEFT/ COPY SENT TO JUDGE KIRKPATRICK AND JUDGE OAKES AND DA

Document Available at Court Clerk's Office

---

**09-20-2023 [ CTFREE ]**  GAGE, DENTON WILLIAM 👤

JUDGE OAKES: COURT MINUTE MOTION FOR CONTINUANCE. DEFENDANT REPRESENTED BY ATTY HOLLAND. THE STATE IS PRESENT BY ADA ELLIS, LLI. THIS MATTER IS CONTINUED TO 11-29-2023 AT 8AM

Document Available at Court Clerk's Office

---

**10-06-2023 [ LETDF ]**  GAGE, DENTON WILLIAM 👤

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE OAKES

Document Available at Court Clerk's Office

**10-18-2023  [ O ]**                                            GAGE, DENTON WILLIAM &

ORDER OF COMMITMENT
Document Available at Court Clerk's Office

---

**11-29-2023  [ MOCON ]**                                       GAGE, DENTON WILLIAM &

JUDGE OAKES: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF THE DEFENDANT. ORDER
GRANTED. DISPOSITION CONTINUED BY AGREEMENT TO 2-1-24 8AM
Document Available at Court Clerk's Office

---

**11-30-2023  [ TCSR ]**                                        GAGE, DENTON WILLIAM &

TEMPORARY COMMITMENT W/SHERIFF'S RETURN
Document Available at Court Clerk's Office

---

**01-10-2024  [ DISMISSED ]**                       GAGE, DENTON WILLIAM &     #1

SARA MURPHY BONDURANT , JUDGE: CASE DISPOSED. DISMISSED. DEFENDANT ENROLLED IN COURT
ORDERED OUTPATIENT PROGRAM (CO-OP)

---

**01-11-2024  [ LETDF ]**                                       GAGE, DENTON WILLIAM &

LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE OAKES
Document Available at Court Clerk's Office

---

**01-17-2024  [ LT ]**                                          GAGE, DENTON WILLIAM &

LETTER FROM THE DEFENDANT- COPY TO DA AND JUDGE OAKES
Document Available at Court Clerk's Office

---

**01-17-2024  [ NO ]**                                          GAGE, DENTON WILLIAM &

NOTICE OF COOP PARTICIPATION
Document Available at Court Clerk's Office

---

**01-17-2024  [ MOD&O ]**                                       GAGE, DENTON WILLIAM &

MOTION TO DISMISS AND ORDER OF DISMISSAL / COUNT 1 DISMISSED / JUDGE BONDURANT
Document Available at Court Clerk's Office

---

**01-24-2024  [ ORSR ]**                                        GAGE, DENTON WILLIAM &

ORDER OF RELEASE W/SHERIFF'S RETURN
Document Available at Court Clerk's Office

# Argument and Authorities

*plaintiff brings this action before the court under color of federal law in the form of The Americans with Disabilities Act as well as The Freedom of Information Act.

Both arresting officers either intentionally left out witnesses in documentation or falsified an arrest affidavit in order to falsely and illegally provide legal criminal standing and then submitted reports for the official record to the state of Oklahoma in the appending cited criminal cases knowingly and willfully causing harm and professional as well as physical determent to the veteran Denton W. gage. Anytime the veteran, Denton W. gage, forthwith referred to as veteran, mentions anything of material fact that can be substantiated to authorities or V.A. Medical center staff the veteran is either denied right to treatment or right to willfully execute documentation in the administrative process to receive outside treatment and then deemed paranoid or delusional by staff (State of Oklahoma and V.A.). The U.S. states dept of Veterans Affairs has aided and intently made an active effort to keep the veteran in Oklahoma, despite wishes to escape his area of prior trauma, and exit the situation in order to try to get his body to return to normal function to include blood pressure, lack of heart arrythmia, and normal blood-sugar levels. This specific behavior, by anyone in an official capacity began at the Ernest Childers V.A. Clinic in Tulsa, OK when veteran was entered as an emergency admit for a stress induced heart attack at the age of 26 and was denied the right to receive blood testing despite having clear and compounding evidence of a heart attack.

The lack of cooperation from Sheridan VAMC social workers and veteran's supervised state of Oklahoma probation officer in CF-2013-6202 is an act of intentional negligence when considering trauma reported to VA entities as the State of Oklahoma chose to enter the veteran into custody for a period of sixty (60) days in the instance of CF-2013-6202 while in Tulsa County veterans treatment as veteran also had appointments and communication with VA psychiatrists on record with the State of Oklahoma and The Eastern VA Healthcare System(Tulsa). The veteran has complete standing to receive assistance from a U.S. Dept of V.A. legal assistance entity in All application For Post-Conviction Relief Proceedings despite never being offered this assistance in over ten (10) admits and having more than 5 felonious proceedings in the State of Oklahoma, multiple being service-connected.

Veteran had a right to receive care as stated in the Civ-23-375-G. U.S. Dept of Veterans Affairs C.F.R. dictates that a veteran feeling like he has been wronged in a court of law or administrative procedure in an official capacity is to directly engage and report it to a Veteran's Justice Outreach Specialist after exhaustion of administrative remedies has been completed (as was in The Oklahoma County jail). Veteran would like to apologize to the court for any filings his/her honor might deem to be frivolous or incompetent however upon interview and investigation the court will find any statements made by veteran are a result of trauma incurred or are in material fact to felonious criminal activity veteran is wishing to report as a victim and can easily be substantiated through documentation to be received through the VJO office as stated in C.F.R. in order to properly notify supervisors there is a possibility for negligent or criminal liability in those matters that documentation has been requested and the State of Oklahoma  in order to establish the already existing correlating relationship between events, reported trauma, treatment, and lack of treatment. A complaint has been filed with the office of inspector General (as well as the Oklahoma Bar association) as will a copy of this filing be immediately placed in the U.S.P.S. mailing system and certified mailed to that office as well as the Office of General Council for The U.S. Dept. of Veterans Affairs.

Due to the circumstances of service-connected as well as non-service-connected trauma (there is a reason veteran did not properly pursue a legitimate disability claim until instructed to by Social Worker Fawn Jones) veteran will be re-locating to Spokane, WA and will return to The State of Oklahoma upon instruction from council, State of Oklahoma, or U.S. District Court Officials. Veteran's service connected disability of Amblyopia, PTSD, Anxiety/Depression, as veteran was assigned to Scout Sniper Platoon by Master Sgt. Carrol while on deployment of Campaign Iraqi Freedom, are completely playing a key role in mental health symptoms going untreated by VA entities therefore will be moving to a state that has recreational marijuana laws to receive treatment of Indica cannabis in effort to deter amblyopia symptoms worsening after age 55 as veterans application to the State of Oklahoma Medical Marijuana authority has been denied. Veteran obviously does not seek color of federal law in this court for that treatment however simply wishes to relieve his body of stressors that will result in an early death.

Veteran respectfully requests any future mailing s be sent to VFW Post 51 in Spokane, WA. Veteran also asks the court to respectfully exercise his right to rule 43(A) and give witness testimony, if the court so sees fit, from the U.S. District Court of The Eastern District of Washington or the Spokane County District Attorney's Office.

Your honor my DNA was stolen from me inform of a tooth and I had a stress induced heart attack at age 26. A police dept. not once, but twice intentionally acted against the interest of justice and public safety with no regard for the rights and privileges of a veteran. I can verify and substantiate everything I have told to the courts. The only question is does a twenty-six (26) year old veteran have inpatient rights to receive a blood test after nurses have been informed, diagnosed, and annotated heart attack symptoms. The second (2nd) question before the court is does a veteran receive the right to exit the area of his trauma under the Americans with Disabilities Act in order to prevent suicidal behavior. If the court, U.S. Dept of Veterans Affairs wishes to administer a Polygraph test veteran herein gives his consent. Thank you for your time.

All statements made therein are made under the laws of penalty and perjury in The State of Oklahoma and The U.S. District Court.

_____

(405) 673-4047

What the he'll lol 😂

Bro

Um. Did I ? I'm not certain I'll check when I get back in office.

Sorry about medical Marijuana license

?? What?

I have to abide by the rules of the court cause they gave me a false "delusional" diagnosis.... It's the courts rules not mine... Sorry being a pain but I need that documentation.....

Lol

Check your email on that old medical marijuana issue ;)

Bro I have talked to her many times regarding you I don't have to give you any official documentation of that. Please don't start with me today.

You just did lol that's all I needed....

Ok well let me know if you have paperwork for me to sign I can do it tomorrow.. also I am in contact with a social security disability attorney about circumstances cited in the court case filing civ-18-1151 and he is gonna need a copy or verification of communications of symptoms of a split personality disorder so I am sure he will be in contact with you or hope community services sometime next month

Has she said why she will not respond to me directly or to my emails I have sent her as directed by u.s. dept of veterans affairs c.f.r.?????

Send message 

Okay can you come here or do I need to come to you?

4 days ago, 11:23 AM

Im outside with this ROI for Hope

It's the patient advocates office

You need to read the email I am fixing to send you.... It is about my so called "paranoia" lol but you should probably forward it to the a.d.a.

Send it

I hope it's not real...

It's in your mailbox :|

age 26 after reading that email... There's so much stuff that can be substantiated... I read online all three of those people were struck by vehicles on the side of the road.... I hope it's not real but I can't ignore what I have been through and what I have been told has happened... Everything I am telling you can be substantiated in court....

That's probably why your husband doesn't wanna talk to you about me....

Dustin whaling was roommate in college. Jake canady was probly the guy that rufied me in HS, Brandon jonjock was my wrestling partner and asked me to deal him drugs in alternative school, and dean McKee was my ag teacher....

You would be making my year if you came up and told me what I read about these people on the internet is not real and I am delusional

I can do that

Can you call me tomorrow? We have to talk

6 days ago, 9:02 AM

Sure what time?

Rhianna I just wanted to let you know if the d.a. wants to refile I have a duty to bring my discrepancies with v.a. before a court of law. it's a duty to every service member that seems a treatment program and services at the okcvamc

I just got off phone with my supervisor and that's not what is going to happen in your case

I'll call you in just a min



you don't wanna talk about it anymore... After I talk about my trauma occurred in the state of Oklahoma I will not be testifying in anything other than possible murder/manslaughter trials for Jake kanady and Brandon jonjock from what I read on the internet they were both struck by cars and I feel like I might or might not have had something to do with prior illegal activity leading up to those deaths.... Or it just could be a coincidence...

5 days ago, 9:51 AM

I need to officially notify the Co-op staff that my application for medical marijuana use to the Oklahoma medical marijuana authority has been denied despite doctors recommendation not allowing me to treat my disability of amiloydopia in the state of oklahoma diagnosed by the university of Oklahoma medical center while residing in the Oklahoma county jail in the instance before the Oklahoma county court system

you to sign it Doctor for Hope

me to sign today? After 4 o'clock is no good for me

Okay can you come here or do I need to come to you?

4 days ago, 11:23 AM

Um. Did I ? I'm not certain I'll check when I get back in office.

Im outside with this ROI for Hope

Sorry about medical Marijuana license

It's the patient advocates office

Lol

You need to read the email I am fixing to send you.... It is about my so called "paranoia" lol but you should probably forward it to the a.d.a.

Check your email on that old medical marijuana issue ;)

I hope it's not real...

Ok well let me know if you have paperwork for me to sign I can do it tomorrow.. also I am in contact with a social security disability attorney about circumstances cited in the court case filing civ-18-1151 and he is gonna need a copy or verification of communications of symptoms of a split personality disorder so I am sure he will be in contact with you or hope community services sometime next month

Send it

It's in your mailbox :|



anymore... After I talk about the trauma occurred in the state of Oklahoma I will not be testifying in anything other than possible murder/manslaughter trials for Jake kanady and Brandon jonjock from what I read on the internet they were both struck by cars and I feel like I might or might not have had something to do with prior illegal activity leading up to those deaths... Or it just could be a coincidence...

5 days ago, 9:51 AM

I need to officially notify the Co-op staff that my application for medical marijuana use to the Oklahoma medical marijuana authority has been denied despite doctors recommendation not allowing me to treat my disability of amiloydopia in the state of oklahoma diagnosed by the university of Oklahoma medical center while residing in the Oklahoma county jail in the instance before the Oklahoma county court system



I can do that

Can you call me tomorrow? We have to talk

Sure what time?

6 days ago, 9:02 AM

Rhianna I just wanted to let you know if the d.a. wants to refile I have a duty to bring my discrepancies with v.a. before a court of law. It's a duty to every service member that seems a treatment program and services at the okcvamc

I just got off phone with my supervisor and that's not what is going to happen in your case

I'll call you in just a min

Um. Idk.

She is that fucking stupid and worried that much about liability

eastern district of Oklahoma but I cannot open the attachment.... My device won't let me do it and I can't login to my email on any other device other than my phone... once again... if she would just respond to my email with a record of the prescription I could get this resolved... I will email her again saying because she refuses to abide by the u.s. dept. Of v.a. cfr regulation I do not have access

I am not going to stop emailing her it is the legal process established through regulation.... Why are you asking me to if ore l.s. dept of veterans affairs cfr regulation? Did she ever return your phone call? Do you want me to forward you the email just sent her?

Don't email her anymore pls

I'm still waiting on her to return my calls I think you might have stirred the pot

They cut my competency interview off immediately after I cited service connected disabilities due to liabilities on behalf of the OKC VA mc and doctors... The pot was already stirred while I was in jail lol I need you through Rhianna... They are using a go between to confuse legal contact with the vjo and as per u.s. v.a. cfr regulation she is my point of contact and she knows if she opens her mouth she exposes a major liability... When I got the bill while I was in jail for being beaten up I found out that there is $80000 in medical bills that don't show up on my credit karma account but my score is 571... I have even been to the ou medical center but they have an affiliation with the OKC VA mc doctor's... Oh the pot has been stirred lol

You might wanna let you vicceed know I have to file civil suit against Dr. Grantham for the $4200 medical bills from when a guy beat me up in the Oklahoma county jail. if Dr. Grantham wouldn't have ignored my body language while I was in the fetal position for 25 minutes during triage it never would have happened. And the falsified report degraded my response with mental health employees during triage.... That's pretty important I should have told you about that lol I will send her another email to satisfy the exhaustion of administrative remedies before the court and file on the first...

I told you this is a mess....but it can all be substantiated through her cooperation...

There's also 3 nurse witnesses that witnessed my trauma that were intentionally not listed in the arrest affidavits...



Anytime

Oh also I still haven't been allowed to file an official co,plaint against the v.a. medical center police report that intentionally falsified my arrest affidavit against the facts iny police report I filed and the video surveillance... I want to do that and submit it to the judge... Will you contact the vio....She won't return my calls and I'd like to submit that complaint to the judge

I know it's Sunday but I'm just trying to tell you while I am thinking about it. I told my attorney about it three times and he ignores me so I am submitting a complaint to the ok bar association now and I am going to call channel 4 next week if the vio doesn't respond

Tty!

# Actions and Relief Requested

#1- it is hereby petitioned that the court instruct the Veterans Justice outreach entity Jessica McLeod, or attorney representation, respond to contact requesting documentation or administrative procedure to obtain requested records as in appended email documents and assist in Application For Post-Conviction Relief proceedings in the States of Oklahoma, Oregon, and Arizona.

#2-it is hereby petitioned to the court under federal 402(8) and 18 U.S. Statute 2520 that the state of Oklahoma provides requested documentation of an incident that occurred in the Oklahoma County Jail where the veteran was assaulted and unwilfully sent to the hospital.

#3-It is hereby petitioned to the court that any debts occurring from or after CM-2019-3483, in which CCTV observing officer intentionally falsified an arrest affidavit, be assigned to the U.S> Dept of Veterans Affairs as said debtor.

#4-It is hereby petitioned to the court that a debt of $270,000 to the veteran be assigned to the Ernest Childers VA medical center and the Sheridan V.A. Medical Center(unknown male social worker) for intentional medical malpractice in the form of denying a veteran treatment and or referral for symptoms of a stress induced heart attack after service connected trauma had already been reported to the Eastern Oklahoma V.A. Healthcare System and failure to communicate with a service-connected veterans probation officer. This matter refers to all mistreatments and legal instances prior to the year 2019.